B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Mantiff Cheyenne Hospitality, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>dba Ramada Hitching Post Inn<br>fka Best Western Hitching Post Inn | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  EIN: 20-5838518 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City,  and State)<br>c/o Mantiff Management, Inc.<br>387 Passaic Avenue<br>Fairfield, NJ                          ZIPCODE 07004 | Street Address of Joint Debtor (No. and Street, City, and State)<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Essex | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO Box 223<br>Wayne, NJ                             ZIPCODE 07474 | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>387 Passaic Avenue, Fairfield, NJ 07004, 1700 West Lincoln Way, Cheyenne, WY | ZIPCODE 82001 |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of  Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>   11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>   Hotel | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>Main Proceeding<br><br>☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer<br>debts, defined in 11 U.S.C.<br>§101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or household<br>purpose."    ☑ Debts are primarily<br>business debts |

| Filing Fee (Check one box) | Check one box:    **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only)  Must attach<br>signed application for the court's consideration certifying that the debtor is unable<br>to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br>☑ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts<br>owed to insiders or affiliates) are less than $2,190,000<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or<br>more classes, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Mantiff Cheyenne Hospitality, LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:    NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:    N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:    NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br><br>☐    Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)             Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

**B1 (Official Form 1) (1/08)**

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): Mantiff Cheyenne Hospitality, LLC |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

JOSEPH J. DIPASQUALE JD 3330
Printed Name of Attorney for Debtor(s)

Trenk, DiPasquale, Webster, Della Fera & Sodono
Firm Name

347 Mt. Pleasant Avenue, Suite 300
Address

West Orange, NJ 07052

973-243-8600
Telephone Number

February 3, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

FALGUN DHARIA
Printed Name of Authorized Individual

Managing Member
Title of Authorized Individual

February 3, 2009
Date

B4 (Official Form4)(12/07)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re    Mantiff Cheyenne Hospitality, LLC      ,

                     Debtor

Case No.    09-

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Mantiff Cheyenne Hospitality Management, LLC Attn. Mantiff Management, Inc. 387 Passaic Avenue Fairfield, NJ 07004 | | | | 3,300,000.00 |
| Swede's Roofing, Inc. 1130 Dunn Avenue Cheyenne, WY 82001-4869 | | | | 59,104.50 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Clean Start, LLC Attn. Gay Woodhouse Law Office, P.C. PO Box 1888 211 W. 19th St., 3rd Floor Cheyenne, WY 82003 | | | Disputed | 54,900.00 |
| Ramada Worldwide, Inc. 1 Sylvan Way PO Box 278 Parsipany, NJ 07054-0278 | | | | 47,215.24 |
| Sysco Food Services of Denver PO Box 5566 Denver, CO 80238 | | | | 39,120.59 |
| Cheyenne Light, Fuel & Power PO Box 6100 Rapid City, SD 57709-6100 | | | | 38,263.87 |
| Premium Payment Plan 1 Hudson City Center Hudson, NY 12534-2340 | | | | 36,344.90 |
| Next Media Outdoor, Inc. 2649 E. Mulberry Unit 20 Fort Collins, CO 80524 | | | Disputed | 27,209.00 |

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| WINhealth Partners<br>1200 East 20th Street<br>Suite A<br>Cheyenne, WY 82001 | | | | 25,634.86 |
| DEX Media, Inc.<br>Attn. Joseph, Mann &<br>Creed<br>20600 Chagrin<br>Boulevard, Suite 550<br>Shaker Heights, OH<br>44122-5340 | | | | 24,107.54 |
| Mantiff Management,<br>Inc.<br>387 Passaic Avenue<br>Fairfield, NJ 07004 | | | | 20,422.09 |
| Bresnan<br>Communications<br>506 W. 17th Street<br>Cheyenne, WY<br>82001-4330 | | | | 18,726.91 |
| Next Media Outdoor,<br>Inc.<br>2649 E. Mulberry<br>Unit 20<br>Fort Collins, CO<br>80524 | | | Disputed | 13,459.00 |
| BES Industries, Inc.<br>11512 Lake Mead<br>Avenue<br>Suite 406<br>Jacksonville, FL<br>32256 | | | | 12,848.34 |
| Alsco-Laramie<br>314 South Fourth<br>Street<br>Laramie, WY 82070 | | | | 11,859.73 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Dan D Rental 717 Storey Boulevard Cheyenne, WY 82009 | | | | 11,149.76 |
| Senger Design Group 523 South Cascade Avenue Suite B Colorado Springs, CO 80903 | | | | 9,105.89 |
| Guest Supply PO Box 824700 Philadelphia, PA 19182-4700 | | | | 8,957.50 |
| De Palma Hotel Corporation 700 Highlander Boulevard Suite 400 Arlington, TX 76015 | | | | 5,972.64 |
| Taco Johns Events Centre 1530 W. Lincolnway Cheyenne, WY 82001 | | | | 5,136.64 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    February 3, 2009

Signature

FALGUN DHARIA ,
Managing Member

## RESOLUTION OF SPECIAL MEETING OF MEMBERS
## OF MANTIFF CHEYENNE HOSPITALITY, LLC

I hereby certify that at a duly called and held special meeting of the majority of the

the Members of Mantiff Cheyenne Hospitality, LLC, a limited liability company of the

State of Delaware (the "Corporation"), held on the 3rd day of February 2009, the

following Resolutions were proposed and unanimously adopted by a majority of the

Members:

> **RESOLVED,** that Falgun Dharia, Managing Member of
> the aforementioned Corporation, in view of its financial
> condition, be and is hereby authorized and directed on
> behalf of the Corporation, to file a petition pursuant to
> Chapter 11 of the Bankruptcy Code and retain the services
> of counsel for the purposes of preparing, filing, and
> prosecuting a Petition under Chapter 11 and to take all
> steps necessary and related thereto, and that Falgun Dharia,
> Managing Member, is hereby authorized to execute the
> Petition and any other pleadings or documents he or other
> members deem necessary in connection with the Chapter
> 11 case of the Corporation; and it is further

> **RESOLVED,** that Falgun Dharia, Managing Member of
> the Corporation be, and hereby is, authorized and directed
> in the name and on behalf of the Corporation, to prepare,
> execute, issue, deliver and/or file any and all such further
> agreements, certificates, instruments, letters and pleadings
> and other documents to perform any and all such acts as he
> may deem necessary or desirable to effectuate fully the
> foregoing Resolution.

In certification hereof, I do set my hand and seal this 3rd day of February 2009.

MANTIFF CHEYENNE HOSPITALITY, LLC

By: _____

Falgun Dharia
Managing Member

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re    Mantiff Cheyenne Hospitality, LLC          Case No.   09-

                     Debtor                         Chapter   11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 4,000,000.00 | | |
| B – Personal Property | YES | 4 | $ 828,347.54 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 4,334,306.84 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 6 | | $ 219,685.76 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 35 | | $ 3,930,110.67 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| TOTAL | | 50 | $ 4,828,347.54 | $ 8,484,103.27 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6A (Official Form 6A) (12/07)

In re  Mantiff Cheyenne Hospitality, LLC                              Case No.  09-
_____                          _____
            **Debtor**                                                                  **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1700 West Lincoln Way Cheyenne, WY 82001 | | | 4,000,000.00 | Exceeds Value |
| | | Total ➤ | 4,000,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6B (Official Form 6B) (12/07)

In re   Mantiff Cheyenne Hospitality, LLC                          Case No.   09-
                    Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | PNC Bank Operating Account No. 803-223-5433<br>570 Pompton Avenue<br>Cedar Grove, NJ 07009 | | 1,233.04 |
| | | PNC Bank Manager Account No. 803-223-5468<br>570 Pompton Avenue<br>Cedar Grove, NJ 07009 | | 282.14 |
| | | PNC Bank Payroll Account No. 803-610-4211<br>570 Pompton Avenue<br>Cedar Grove, NJ 07009 | | 9,442.74 |
| | | PNC Bank Business Money Market Account No. 802-416-5543<br>570 Pompton Avenue<br>Cedar Grove, NJ 07009 | | 241.67 |
| | | PNC Bank Renovation Account No. 803-455-8367<br>570 Pompton Avenue<br>Cedar Grove, NJ 07009 | | 2.66 |
| | | First Interstate Bank Depository Account No. 1010009270<br>PO Box 1710<br>Cheyenne, WY 82003-1710 | | 353.66 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6B (Official Form 6B) (12/07) -- Cont.

In re   Mantiff Cheyenne Hospitality, LLC
_____          Case No. ___09-_____
Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | First Interstate Bank Manager Account No. 1010010054 PO Box 1710 Cheyenne, WY 82003-1710 | | 11,505.69 |
| | | First Interstate Bank Local Manager Account No. 1002030607 PO Box 1710 Cheyenne, WY 82003-1710 | | 0.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30586

B6B (Official Form 6B) (12/07) -- Cont.

In re   Mantiff Cheyenne Hospitality, LLC                                    Case No.  09-
_____                                          _____
              Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16.  Accounts receivable. | | Accounts receivable (See attached aging report.) | | 105,285.94 |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | | Liquor license License Agreement with Ramada Worldwide, Inc. | | Unknown 0.00 |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | Furniture, fixtures, equipment, supplies, etc. | | 700,000.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6B (Official Form 6B) (12/07) -- Cont.

In re   Mantiff Cheyenne Hospitality, LLC                          Case No.   09-
            **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

___0___  continuation sheets attached    Total    |$    828,347.54

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

# A/R Aging

Ending 02/02/09

Property: HITCHING POST INN
Date: 02/02/09  14:58:47
Page: 1 of 3  Id: AR001

| A/R# | COMPANY NAME | TYPE | S | CONTACT | PHONE | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120+ DAYS | BALANCE |
|------|--------------|------|---|---------|-------|---------|---------|---------|---------|-----------|---------|
| 850564 | # 1 PROPERTIES | (DB) | A | | 634-2222 | $118.80 | $0.00 | $0.00 | $0.00 | $0.00 | $118.80 |
| 851689 | ALLEN CHAPEL AME CHU | (DB) | A | MARTIN GRIZZEL | 632-2532 | $0.00 | $0.00 | $0.00 | $0.00 | $92.37 | $92.37 |
| 850091 | AMERICA 4 YOU | (TG) | A | | 714-447-3826 | $0.00 | $0.00 | $0.00 | $0.00 | $88.29 | $88.29 |
| 850052 | AMERICANTOURS INTL., | (TG) | A | 4142, AURTURO | 310-641-9953 | $0.00 | $0.00 | $0.00 | $213.69 | $71.94 | $285.63 |
| 850380 | AMERIGAS/PTI | (DB) | A | | 610-337-1000 | $0.00 | $0.00 | $0.00 | $0.00 | ($58.10) | ($58.10) |
| 850059 | ANDERSON HWY SIGNS & | (DB) | A | ANDERSON, LAU | 307-235-0002 | $86.90 | $0.00 | $0.00 | $0.00 | $0.00 | $86.90 |
| 851716 | BABCOCK/KNEPP WEDDIN | (WR) | A | | | $0.00 | $0.00 | $0.00 | $0.00 | ($200.00) | ($200.00) |
| 850175 | BAR REVENUE | (HO) | A | | | $19.63 | $0.00 | $0.00 | $0.00 | $0.00 | $19.63 |
| 850081 | BEST WESTERN INTERNA | (DB) | A | | | $0.00 | $0.00 | $0.00 | $0.00 | $790.25 | $790.25 |
| 850100 | BIG HORN CO SCHOOL D | (DB) | A | | 307-548-2254 | $226.06 | $0.00 | $0.00 | $0.00 | $0.00 | $226.06 |
| 850463 | BNSF RAILWAY COMPANY | (DB) | A | TERRY MELANDE | 432-7357 | $388.11 | $461.88 | $500.00 | $0.00 | $0.00 | $1,349.99 |
| 850430 | BRESNAN COMMUNICATIO | (DB) | A | | 632-8114 | $534.58 | $404.80 | $0.00 | $0.00 | $0.00 | $939.38 |
| 851418 | CAMPBELL CO SHERIFFS | (DB) | A | JILL | 307-687-6105 | $0.00 | $0.00 | $70.00 | $0.00 | $0.00 | $70.00 |
| 850541 | CARBON CO CLERK'S OF | (DB) | A | | | $140.00 | $0.00 | $0.00 | $0.00 | $0.00 | $140.00 |
| 850843 | CARBON CO HIGHER EDU | (DB) | A | | 307-328-9204 | $140.00 | $0.00 | $0.00 | $0.00 | $0.00 | $140.00 |
| 850466 | CARBON CO SCHOOL DIS | (DB) | A | CARRIE | 307-326-5271 | $398.85 | $0.00 | $0.00 | $0.00 | $0.00 | $398.85 |
| 850120 | CASPER, CITY OF | (DB) | A | | 307-235-8255 | $0.00 | $0.00 | $0.00 | $0.00 | ($76.30) | ($76.30) |
| 851754 | CLEAN START | (DB) | A | DAVE SIPE | 433-9416 | $0.00 | $0.00 | $86.90 | $173.80 | $0.00 | $260.70 |
| 850276 | CLEAR CHANNEL BROADC | (TR) | A | | 632-1818 | $0.00 | $311.30 | $0.00 | $0.00 | $0.00 | $311.30 |
| 850152 | CLERK OF DISTRICT CO | (DB) | A | | 633-4282 | $0.00 | $0.00 | $0.00 | $0.00 | ($210.00) | ($210.00) |
| 851729 | COPPINGER, AUDRA | (WR) | A | | | $0.00 | $0.00 | $0.00 | $0.00 | ($1,000.00) | ($1,000.00) |
| 850186 | CORPORATE AIR | (DB) | A | | 406-247-3131 | $0.00 | $0.00 | $59.40 | $0.00 | $0.00 | $59.40 |
| 850000 | CORPORATE LODGING CO | (DB) | A | | 316-636-5055 | $2,910.06 | $2,236.30 | $850.83 | $1,096.16 | $9,838.37 | $16,931.72 |
| 850188 | COWBOY DODGE INC. | (DB) | A | | 634-5867 | $0.00 | $40.82 | $0.00 | $0.00 | $0.00 | $40.82 |
| 850189 | COWGIRLS OF THE WEST | (DB) | A | | 637-3355 | $600.00 | $690.47 | $0.00 | $0.00 | $0.00 | $1,290.47 |
| 851554 | ELLYN'S GIFTS OF THE | (RE) | A | | | $0.00 | $0.00 | $0.00 | $5.94 | $1,043.39 | $1,049.33 |
| 850174 | FOOD SERVICE | (HO) | A | | | $268.51 | $0.00 | $0.00 | $0.00 | $0.00 | $268.51 |
| 850230 | FRED PRYOR SEMINARS | (DB) | A | JULIE FREESE*** | 913-722-3990 | $237.60 | $281.90 | $240.00 | $0.00 | $0.00 | $759.50 |
| 851488 | FREMONT COUNTY GOVER | (DB) | A | GAIL | 307-332-1062 | $857.39 | $0.00 | $0.00 | $0.00 | $0.00 | $857.39 |
| 850236 | FRONTIER REFINING IN | (DB) | A | | 634-3551 | $0.00 | $0.00 | $313.40 | $0.00 | $0.00 | $313.40 |
| 850869 | FTI NORTH AMERICA | (TG) | A | PAYABLE, ATTN: | 407-345-5119 | $0.00 | $0.00 | $0.00 | $90.18 | $767.88 | $858.06 |
| 850170 | GIFT CERTIFICATES | (HO) | A | | | $664.97 | $101.20 | $0.00 | $0.00 | $1,047.21 | $1,813.38 |
| 850847 | GOLDEN VILLA HOMES | (DB) | A | | 970-245-0741 | $0.00 | $0.00 | $378.40 | $283.38 | $0.00 | $661.78 |
| 851048 | GOSHEN COUNTY CLERK | (DB) | A | | 532-2628 | $99.00 | $0.00 | $0.00 | $0.00 | $0.00 | $99.00 |
| 850250 | GREAT LAKES AVIATION | (DB) | A | HOLLY | 432-7053 | $0.00 | $70.00 | $0.00 | $0.00 | $308.18 | $378.58 |
| 850251 | GREATER CHEYENNE CHA | (DB) | A | | 638-3388 | $1,966.25 | $0.00 | $0.00 | $0.00 | $0.00 | $1,966.25 |
| 851416 | GULLIVER'S TRAVEL AS | (DB) | A | ROBERT LEONAF | 212-843-9778 | $0.00 | $587.40 | $0.00 | $0.00 | $0.00 | $587.40 |
| 850257 | HALLADAY MOTORS | (DB) | A | HEIDI DIRECT | 43:634-1511 | $2,043.26 | $324.03 | $170.02 | $248.93 | ($443.68) | $2,342.56 |
| 850267 | HOLIDAY TOURS | (TG) | A | BRANDI | 336-498-9000 | $0.00 | $0.00 | $0.00 | $0.00 | ($49.00) | ($49.00) |

Note: Report is based on postings minus applied payments at the present date.

# A/R Aging

**Ending 02/02/09**

Property: HITCHING POST INN
Date: 02/02/09  14:58:47
Page: 2 of 3  Id: AR001

| AR# | COMPANY NAME | TYPE | S | CONTACT | PHONE | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120+ DAYS | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 851388 | HOTELS.COM | (DB) | A | HOTEL VENDER | 1-888-673-2075 | $0.00 | $0.00 | $0.00 | $0.00 | $515.65 | $515.65 |
| 851730 | HOWARD/WHITE | (WR) | A | | | $0.00 | $0.00 | $0.00 | $0.00 | ($1,407.07) | ($1,407.07) |
| 850272 | ILLOWAY, PETER S. | (DB) | A | | | $0.00 | $0.00 | $9.43 | $0.00 | $0.00 | $9.43 |
| 851712 | JEHOVAH'S WITNESSES | (DB) | A | | | $0.00 | $0.00 | $0.00 | $0.00 | ($75.00) | ($75.00) |
| 850277 | JOHNIGAN, IRENE | (DB) | A | | | $8.58 | $0.00 | $0.00 | $0.00 | $0.00 | $8.58 |
| 850056 | LARAMIE CO SHERIFF'S | (DB) | A | | 633-4725 | $0.00 | $116.16 | $0.00 | $0.00 | $0.00 | $116.16 |
| 851709 | LARAMIE CTY. HEALTH | (DB) | A | SHERI ZAKIS | 633-4002 | $213.05 | $0.00 | $0.00 | $0.00 | $0.00 | $213.05 |
| 851334 | LONG BUILDING TECHNO | (DB) | A | LEEANN/JULIE M | 303-975-2100 | $0.00 | $0.00 | $0.00 | $0.00 | ($174.38) | ($174.38) |
| 851262 | M.S. SOCIETY OF WYOM | (DB) | A | SAM GARDNER | 307-433-8664 | ($29.16) | $627.64 | $0.00 | $0.00 | $0.00 | $598.48 |
| 851430 | MARGARET REYNOLDS | (WR) | A | 06-16-07. | | $0.00 | $0.00 | $0.00 | $0.00 | $647.60 | $647.60 |
| 851756 | MARTIN RAY | (DB) | A | LISA WADE | 720-931-2346 | $0.00 | $297.59 | $0.00 | $0.00 | $0.00 | $297.59 |
| 851722 | MATHIS, ARIANNA | (WR) | A | | | $0.00 | $0.00 | $0.00 | $0.00 | ($220.00) | ($220.00) |
| 850317 | MOST/ BARTH | (WR) | A | 4/18/09 | | $0.00 | $0.00 | $0.00 | $0.00 | ($1,000.00) | ($1,000.00) |
| 850001 | NATL SEMINARS/PADGE | (DB) | A | KNIGHT, EDWAR | 913-432-7755 | $337.27 | $0.00 | $0.99 | $0.00 | $719.63 | $1,057.89 |
| 851044 | NEW WORLD TRAVEL | (TG) | A | IVAN OR JOE - F | 212-754-9100 | $0.00 | $0.00 | $95.92 | $3,877.22 | $173.85 | $4,146.99 |
| 850358 | NORMATIVE SERVICES I | (DB) | A | | 307-674-6878 | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100.00 |
| 850765 | NWCCD - GILLETTE CAM | (DB) | A | CAROLYN | 307-686-0254 | $2,802.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,802.00 |
| 850363 | NWCCD - SHERIDAN COL | (DB) | A | DEBBIE IDDINGS | 307-913-9139 | $890.00 | $0.00 | $0.00 | $0.00 | $0.00 | $890.00 |
| 851705 | ORBITZ | (DB) | A | | 888-656-4546 | $108.94 | $0.00 | $0.00 | $0.00 | $0.00 | $108.94 |
| 850956 | PARK UNIVERSITY | (TE) | A | | | $14,692.39 | $0.00 | $0.00 | $0.00 | $0.00 | $14,692.39 |
| 850490 | PETROLEUM ASSOCIATIO | (DB) | A | RITA | 307-234-5333 | $0.00 | $0.00 | $0.00 | $0.00 | ($39.70) | ($39.70) |
| 851470 | PLATTE CO SCHOOL DIS | (DB) | A | | 307-836-2735 | $0.00 | $0.00 | $0.00 | $0.00 | $128.48 | $128.48 |
| 851017 | PRIMERICA | (TE) | A | LANE, ALYCE | | $237.60 | $97.90 | $0.00 | $0.00 | $729.17 | $1,064.67 |
| 851717 | RAMADA | (DB) | A | | | $2,736.07 | $0.00 | $367.48 | $0.00 | $0.00 | $3,103.55 |
| 850173 | ROOM REVENUE | (HO) | A | | 632-7900 | $2,994.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,994.00 |
| 850396 | ROTARY CLUB | (DB) | A | | 913-362-3900 | $0.00 | $0.00 | $0.00 | $0.00 | ($498.72) | ($498.72) |
| 850601 | SIMON CONTRACTORS | (DB) | A | | | $517.20 | $470.00 | $0.00 | $0.00 | $0.00 | $987.20 |
| 850413 | SKILL PATH, INC. | (DB) | A | | | $80.11 | $55.43 | $62.00 | $0.00 | $0.00 | $197.54 |
| 850416 | SPRADLEY BARR | (DB) | A | BRIAN WESTRAT | 715-855-0495 | $0.00 | $0.00 | $0.00 | $0.00 | $284.54 | $284.54 |
| 851166 | STERLING EDUCATION S | (DB) | A | MARIANNE | 775-8100 | $119.96 | $0.00 | $0.00 | $0.00 | $0.00 | $119.96 |
| 850786 | SUNCOR ENERGY | (DB) | A | COLLEEN FERGL | 970-461-4300 | ($180.36) | $0.00 | $0.00 | $86.90 | $0.00 | ($93.46) |
| 851271 | TEAM INDUSTRIAL SERV | (DB) | A | RODNEY - X 7383 | 407-667-8700 | $0.00 | $0.00 | $0.00 | $0.00 | $323.73 | $323.73 |
| 851155 | TOURICO HOLIDAY FLIG | (TG) | A | CAROL MILLER | 778-3296 | $184.26 | $99.26 | $85.00 | $0.00 | $0.00 | $368.52 |
| 850446 | U.P.R.R. | (DB) | A | ERMA | 801-212-3845 | $0.00 | $0.00 | $0.00 | $59.40 | $0.00 | $59.40 |
| 851616 | U.P.R.R. - SALT LAKE | (DB) | A | MARY HARMON | 307-766-6743 | $0.00 | $0.00 | $823.40 | $0.00 | $0.00 | $823.40 |
| 851755 | U.W. T-2 | (DB) | A | | | $0.00 | $0.00 | $0.00 | $158.00 | $0.00 | $158.00 |
| 850738 | UINTA CO SCHOOL DIST | (DB) | A | REAM, JOANNE | 970-257-7917 | $0.00 | $0.00 | $130.10 | $0.00 | $0.00 | $130.10 |
| 851570 | UNDERGROUND LOCATORS | (DB) | A | | | $0.00 | $0.00 | $130.10 | $0.00 | $0.00 | $130.10 |
| 851746 | UNION TELEPHONE COMP | (DB) | A | LOPEZ, SHELLY | 782-6131 | $0.00 | ($53.81) | $192.28 | $82.56 | $0.00 | $221.03 |

Note: Report is based on postings minus applied payments at the present date.

# A/R Aging

Ending 02/02/09

Property: HITCHING POST INN
Date: 02/02/09  14:58:47
Page: 3 of 3  Id: AR001

| A/R# | COMPANY NAME | TYPE | S | CONTACT | PHONE | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120+ DAYS | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 850891 | WALMART | (DB) | A | BURT | 632-4330 | $483.96 | $0.00 | $0.00 | $0.00 | $0.00 | $483.96 |
| 851601 | WATERWORKS INDUSTRIE | (DB) | A | G W RUSSELL | 307-285-9566 | $0.00 | $86.90 | $0.00 | $0.00 | $0.00 | $86.90 |
| 851619 | WEATHERFORD | (DB) | A | SARAH | 307-266-1873 | $131.99 | $0.00 | $0.00 | $0.00 | $0.00 | $131.99 |
| 850592 | WESTON CO SCHOOL DIS | (DB) | A | DEEDEE | 307-746-4451 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,245.83) | ($1,245.83) |
| 851732 | WORLDWIDE MARRIAGE E | (DB) | A | COBB, CRISTY | 307-333-4618 | $0.00 | $0.00 | $0.00 | $0.00 | ($59.00) | ($59.00) |
| 850648 | WY AIR NATIONAL GUAR | (DB) | A | MICHELE HENNIN | 772-6160 | $0.00 | $0.00 | $0.00 | $0.00 | $150.00 | $150.00 |
| 850605 | WY ASSN OF NATURAL G | (DB) | A | | 778-2145 | $0.00 | $0.00 | $618.39 | $0.00 | $0.00 | $618.39 |
| 850514 | WY CONTRACTORS ASSOC | (DB) | A | | | $275.25 | $0.00 | $0.00 | $0.00 | $0.00 | $275.25 |
| 850013 | WY DEPT OF TRANSPORT | (DB) | A | FAX: | 777-4033 | $330.75 | $162.85 | $0.00 | $1,638.98 | $169.00 | $2,291.58 |
| 850671 | WY FIRE CHIEF'S ASSN | (DB) | A | RUSS WENKE | | $260.70 | $0.00 | $0.00 | $0.00 | $0.00 | $260.70 |
| 850986 | WY GAME & FISH | (DB) | A | CONNIE COLEMA | 777-4632 | $317.88 | $0.00 | $0.00 | $0.00 | $0.00 | $317.88 |
| 851350 | WY HEAD START | (DB) | A | MELANIE THOMA | 307-742-6792 | $0.00 | $0.00 | $0.00 | $0.00 | ($84.38) | ($84.38) |
| 850689 | WY HIGHWAY PATROL | (DB) | A | BRIGITTE/VALER | 777-4435 | $0.00 | $0.00 | $0.00 | $0.00 | $70.00 | $70.00 |
| 850520 | WY MINING ASSOCIATIO | (RE) | A | | 635-0331 | $18,213.21 | $0.00 | $0.00 | $0.00 | $0.00 | $18,213.21 |
| 851715 | WY NURSES ASSOCIATIO | (DB) | A | TOBI LYON | 307-680-6583 | $9,079.92 | $0.00 | $0.00 | $0.00 | $0.00 | $9,079.92 |
| 851051 | WY OUTFITTERS & GUID | (DB) | A | JANE CHELBERG | 307-265-2376 | $229.40 | $50.00 | $0.00 | $0.00 | $0.00 | $279.40 |
| 850640 | WY STOCK GROWERS ASS | (DB) | A | | 638-3942 | $7,517.60 | $0.00 | $0.00 | $0.00 | $0.00 | $7,517.60 |
| 851728 | YENTER COMPANIES INC | (DB) | A | THADDEUS SPAC | 303-279-4458 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,422.19) | ($1,422.19) |
| | GRAND TOTALS: | | | | | $74,352.54 | $7,510.42 | $5,053.94 | $8,015.14 | $10,353.90 | $105,285.94 |

Note: Report is based on postings minus applied payments at the present date.

B6C (Official Form 6C) (12/07)

In re   Mantiff Cheyenne Hospitality, LLC                        Case No.   09-
                        Debtor                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)

☐  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds
    $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6D (Official Form 6D) (12/07)

In re ___Mantiff Cheyenne Hospitality, LLC_____,    Case No.09-_____
                        Debtor                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 015392683<br><br>Fidelity Bank of Florida, N.A.<br>Attn. Michael Storey, CEO<br>1380 N. Courtenay Parkway<br>Merritt Island, FL 32953 | | | Incurred: 12/20/2006<br>Lien: Mortgage and Note<br>Security: Real and personal property located at 1700 West Lincoln Way, Cheyenne, WY 82001<br><br>VALUE $    4,700,000.00 | | | | 4,334,306.84 | 0.00 |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

   __0__   continuation sheets attached

|  | | |
|---|---|---|
| Subtotal ➤<br>(Total of this page) | $4,334,306.84 | $         0.00 |
| Total ➤<br>(Use only on last page) | $4,334,306.84 | $         0.00 |
|  | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. ver. 4.4.8-727 - 30386

**B6E (Official Form 6E) (12/07)**

In re  Mantiff Cheyenne Hospitality, LLC _____,    Case No.  __09-_____
                        Debtor                                                       (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (12/07) - Cont.**

In re ___Mantiff Cheyenne Hospitality, LLC_____,        Case No. ___09-_____
               Debtor                                                              (if known)

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___4___ **continuation sheets attached**

B6E (Official Form 6E) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC_____,    Case No.   09-_____
_____Debtor_____                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  937/937<br><br>City of Cheyenne<br>2101 O'Neill Avenue<br>Room 101<br>Cheyenne, WY 82001 | | | | | | | 110.00 | 110.00 | 0.00 |
| ACCOUNT NO.  534369-999000834<br><br>City of Cheyenne<br>Board of Public Utilities<br>2100 Pioneer Avenue<br>PO Box 1469<br>Cheyenne, WY 82003 | | | | | | | 719.85 | 719.85 | 0.00 |
| ACCOUNT NO.  534375-999000832<br><br>City of Cheyenne<br>Board of Public Utilities<br>2100 Pioneer Avenue<br>PO Box 1469<br>Cheyenne, WY 82003 | | | | | | | 3,571.53 | 3,571.53 | 0.00 |
| ACCOUNT NO.  534372-999000824<br><br>City of Cheyenne<br>Board of Public Utilities<br>2100 Pioneer Avenue<br>PO Box 1469<br>Cheyenne, WY 82003 | | | | | | | 178.30 | 178.30 | 0.00 |
| Subtotal<br>(Totals of this page) | | | | | | | $  4,579.68 | $  4,579.68 | $  0.00 |
| Total<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | | | | | | | $ | | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | | $ | $ | $ |

Sheet no. __1__ of __4__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6E (Official Form 6E) (12/07) - Cont.

In re __Mantiff Cheyenne Hospitality, LLC_____,        Case No. __09-_____
                 Debtor                                         (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)      Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 534371-999000830 <br> City of Cheyenne <br> Board of Public Utilities <br> 2100 Pioneer Avenue <br> PO Box 1469 <br> Cheyenne, WY 82003 | | | | | | | 490.42 | 490.42 | 0.00 |
| ACCOUNT NO. <br> Laramie County Treasurer <br> Attn. Kim E. Lovett, Treasurer <br> PO Box 125 <br> Cheyenne, WY 82003 | | | | | | | 108.64 | 108.64 | 0.00 |
| ACCOUNT NO. R0049327 <br> Laramie County Treasurer <br> Attn. Kim E. Lovett, Treasurer <br> PO Box 125 <br> Cheyenne, WY 82003 | | | | | | | 385.49 | 385.49 | 0.00 |
| ACCOUNT NO. R0049324 <br> Laramie County Treasurer <br> Attn. Kim E. Lovett, Treasurer <br> PO Box 125 <br> Cheyenne, WY 82003 | | | | | | | 4,234.36 | 4,234.36 | 0.00 |
| Sheet no. _2_ of _4_ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal <br> (Totals of this page) | | | | $ 5,218.91 | $ 5,218.91 | $ 0.00 |
| | | | Total <br> (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | | | | $ | | |
| | | | Totals <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ | $ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6E (Official Form 6E) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC_____,        Case No.  09-_____
             Debtor                                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  R0049326 <br> Laramie County Treasurer <br> Attn. Kim E. Lovett, Treasurer <br> PO Box 125 <br> Cheyenne, WY 82003 | | | | | | | 40,105.69 | 40,105.69 | 0.00 |
| ACCOUNT NO.  P0043502 <br> Laramie County Treasurer <br> Attn. Kim E. Lovett, Treasurer <br> PO Box 125 <br> Cheyenne, WY 82003 | | | | | | | 1.27 | 1.27 | 0.00 |
| ACCOUNT NO.  P0042775 <br> Laramie County Treasurer <br> Attn. Kim E. Lovett, Treasurer <br> PO Box 125 <br> Cheyenne, WY 82003 | | | | | | | 3,445.26 | 3,445.26 | 0.00 |
| ACCOUNT NO.  R0003494 <br> Laramie County Treasurer <br> Attn. Kim E. Lovett, Treasurer <br> PO Box 125 <br> Cheyenne, WY 82003 | | | | | | | 61.06 | 61.06 | 0.00 |

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 43,613.28 | $ 43,613.28 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30586

B6E (Official Form 6E) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC            ,        Case No.  09-
_____              _____
                    Debtor                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  02009131<br><br>State of Wyoming<br>Department of Revenue<br>Excise Tax Division<br>112 W. 25th Street, Herschler Bldg.<br>Cheyenne, WY 82002-0110 | | | Sales Tax Liability plus Interest and Penalties | | | | 151,556.33 | 151,556.33 | 0.00 |
| ACCOUNT NO.<br><br>State of Wyoming<br>Department of Transportation<br>5300 Bishop Boulevard<br>Cheyenne, WY 82009 | | | | | | | 250.00 | 250.00 | 0.00 |
| ACCOUNT NO.  06WC<br><br>State of Wyoming<br>Workers' Safety and Compensation Div.<br>1510 E. Pershing Blvd.<br>PO Box 20006<br>Cheyenne, WY 82003 | | | Employer No. 003733406 Outstanding 3rd and 4th Quarter 2007 | | | | 14,467.56 | 14,467.56 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |

Sheet no.  4  of  4  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ▶<br>(Totals of this page) | $ 166,273.89 | $ | $ |
| Total ▶<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ 219,685.76 | | |
| Totals ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 219,685.76 | $      0.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6F (Official Form 6F) (12/07)

In re  Mantiff Cheyenne Hospitality, LLC                ,          Case No.   09-_____
_____Debtor_____                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  HI344 <br> A1 Textiles & Hospitality Products <br> PO Box 5259 <br> Chatsworth, CA 91313-5259 | | | | | | | 2,533.19 |
| ACCOUNT NO.  84927000 <br> AAA Mail Stop 2 <br> 1000 AAA Drive <br> Heathrow, FL 32746-5063 | | | | | | | 3,688.00 |
| ACCOUNT NO. <br> Accurate Construction & Electrical Svc. <br> 909 East Fox Farm Road <br> Unit 3 <br> Cheyenne, WY 82007 | | | | | | | 500.00 |
| ACCOUNT NO.  Q1757 <br> Aflac <br> Remittance Processing Services <br> 1932 Wynnton Road <br> Columbus, GA 31999-0797 | | | Consideration: Health Insurance Benefits for Employees | | | | 89.30 |

_____34_____ continuation sheets attached

Subtotal ➤ | $ | 6,810.49

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. ver. 4.4.8-727 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC                    ,        Case No.  09-_____
_____Debtor_____                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Aire Master of Eastern WY <br> 443 S. Kimball <br> Casper, WY 82601 | | | | | | | 68.90 |
| ACCOUNT NO. <br> All Seasons Heating & Cooling <br> 101 Avenue C <br> Suite 5 <br> Cheyenne, WY 82007 | | | | | | | 380.70 |
| ACCOUNT NO.  526150 <br> Alsco-Laramie <br> 314 South Fourth Street <br> Laramie, WY 82070 | | | | | | | 608.57 |
| ACCOUNT NO.  520670 <br> Alsco-Laramie <br> 314 South Fourth Street <br> Laramie, WY 82070 | | | | | | | 73.52 |
| ACCOUNT NO.  521000 <br> Alsco-Laramie <br> 314 South Fourth Street <br> Laramie, WY 82070 | | | | | | | 11,859.73 |

Sheet no. _1_ of _34_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   12,991.42

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC                    ,        Case No.  09-
_____                               _____
             Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1016424027 <br> American International Companies <br> 22427 Network Place <br> Chicago, IL 60673-1225 | | | | | | | 1,728.84 |
| ACCOUNT NO.  53954 <br> Appaloosa Broadcasting <br> 2109 East 10th Street <br> Cheyenne, WY 82001 | | | | | | | 375.00 |
| ACCOUNT NO.  7344040 <br> Applied Industrial Technologies <br> 22510 Network Place <br> Chicago, IL 60673-1225 | | | | | | | 169.74 |
| ACCOUNT NO. <br> Arnold Pool Company <br> 1801 Stagecoach Trail <br> Ogallala, NE 69153 | | | | | | | 2,513.40 |
| ACCOUNT NO. <br> ASCAP <br> 21678 Network Place <br> Chicago, IL 60673-1216 | | | | | | | 4,286.89 |

Sheet no.  2  of  34  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $    9,073.87

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC                    ,          Case No.  09-
_____                              _____
                    Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  H2316 <br> Audio Matrix, Inc. <br> 204 S. College Drive <br> PO Box 242 <br> Cheyenne, WY 82003-0242 | | | | | | | 3,052.87 |
| ACCOUNT NO. <br> B&B Sewer Service Septic Tank Pumping <br> 4303 Charles Street <br> Cheyenne, WY 82001-1903 | | | | | | | 1,645.00 |
| ACCOUNT NO. <br> Background Music, Inc. <br> 204 S. College Drive <br> Cheyenne, WY 82003-0703 | | | | | | | 53.95 |
| ACCOUNT NO.  BES9461 <br> BES Industries, Inc. <br> 11512 Lake Mead Avenue <br> Suite 406 <br> Jacksonville, FL 32256 | | | | | | | 12,848.34 |
| ACCOUNT NO. <br> Big W Supplies <br> 650 W. 18th Street <br> Cheyenne, WY 82001 | | | | | | | 121.78 |

Sheet no. 3 of 34 continuation sheets attached                          Subtotal ▶  $   17,721.94
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                         Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC                    ,          Case No.  09-
           Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> BMI General Licensing <br> PO Box 406741 <br> Atlanta, GA 30384-6741 | | | | | | | 958.03 |
| ACCOUNT NO. 0001504 <br> Bouquets Unlimited, Inc. <br> 5709 Yellowstone Road <br> Cheyenne, WY 82009 | | | | | | | 217.34 |
| ACCOUNT NO. 8313 30 021 0070560 <br> Bresnan Communications <br> 506 W. 17th Street <br> Cheyenne, WY 82001-4330 | | | | | | | 18,726.91 |
| ACCOUNT NO. 8313-30-021-0574397 <br> Bresnan Communications <br> PO Box 650364 <br> Dallas, TX 75265-0364 | | | | | | | 551.08 |
| ACCOUNT NO. <br> Broomtown, Inc. <br> 3414 Polk Avenue <br> Cheyenne, WY 82001 | | | | | | | 1,685.48 |

Sheet no. 4  of 34  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $    22,138.84

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC                    ,          Case No.  09-
                    Debtor                                                           (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Business Express<br>432 Cole Shopping Center<br>Cheyenne, WY 82001 | | | | | | | 33.21 |
| ACCOUNT NO.  6383301<br><br>Business Network Solution<br>1426 Logan Avenue<br>Cheyenne, WY 82001 | | | | | | | 93.94 |
| ACCOUNT NO.  6383301<br><br>Business Outfitters<br>1426 Logan Avenue<br>Cheyenne, WY 82001 | | | | | | | 1,930.16 |
| ACCOUNT NO.  529-27<br><br>C. Michael Spain & Associates, Ltd.<br>3268 Glendevey Drive<br>Loveland, CO 80538 | | | | | | | 950.00 |
| ACCOUNT NO.  761.0000<br><br>Capital Lumber<br>1222 Dunn Avenue<br>Cheyenne, WY 82001 | | | | | | | 27.03 |

Sheet no. 5 of 34 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $    3,034.34

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re   Mantiff Cheyenne Hospitality, LLC                    ,    Case No.  09-
_____                         _____
              Debtor                                                    (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  F0364388 <br> Chemsearch <br> 23261 Network Place <br> Chicago, IL 60673-1232 | | | | | | | 153.52 |
| ACCOUNT NO. <br> Cheyenne Area Conv. & Visitors Bureau <br> One Depot Square <br> 121 W. 15th Street <br> Cheyenne, WY 82001 | | | | | | | 1,828.50 |
| ACCOUNT NO. <br> Cheyenne Beverages <br> PO Box 1327 <br> Cheyenne, WY 82001 | | | | | | | 1,111.80 |
| ACCOUNT NO. <br> Cheyenne Gunslingers <br> PO Box 1916 <br> Cheyenne, WY 82003 | | | | | | | 100.00 |
| ACCOUNT NO. <br> Cheyenne Leads <br> 121 W. 15th Street, Suite 304 <br> PO Box 1045 <br> Cheyenne, WY 82003-1045 | | | | | | | 2,500.00 |

Sheet no. _6_ of _34_ continuation sheets attached                      Subtotal ➤ | $ | 5,693.82
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                          Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30586

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC _____ ,  Case No.  09- _____
                    Debtor                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  10 50 022756 02 Cheyenne Light, Fuel & Power PO Box 6100 Rapid City, SD 57709-6100 | | | | | | | 38,263.87 |
| ACCOUNT NO.  20 50 016465 13 Cheyenne Light, Fuel & Power PO Box 6100 Rapid City, SD 57709-6100 | | | | | | | 38.27 |
| ACCOUNT NO. Cheyenne Rotaract PO Box 2974 Cheyenne, WY 82003 | | | | | | | 50.00 |
| ACCOUNT NO.  053343 Choicepoint Services, Inc. PO Box 105186 Atlanta, GA 30348 | | | | | | | 309.42 |
| ACCOUNT NO.  3638861-0001 Cintas Corporation 97627 Eagle Way Chicago, IL 60678-7627 | | | | | | | 2,297.43 |

Sheet no. _7_ of _34_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 40,958.99
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC_____ ,     Case No.  09-_____
                     Debtor                                                              (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  783 <br> Clean Carpets of Cheyenne, Inc. <br> PO Box 21742 <br> Cheyenne, WY 82003 | | | | | | | 450.00 |
| ACCOUNT NO. <br> Clean Start, LLC <br> Attn. Gay Woodhouse Law Office, P.C. <br> PO Box 1888 <br> 211 W. 19th St., 3rd Floor <br> Cheyenne, WY 82003 | | | Clean Start, LLC v. Mantiff Cheyenne Hospitality, LLC <br> Docket No. 173-54 | | | X | 54,900.00 |
| ACCOUNT NO. <br> Commercial Flooring <br> 3418 East Pershing <br> Cheyenne, WY 82001 | | | | | | | 2,945.46 |
| ACCOUNT NO.  H828 <br> Commercial Pool & Spa Supplies, Inc. <br> 1167 East Highway 36 <br> Maplewood, MN 55109-2007 | | | | | | | 217.93 |
| ACCOUNT NO.  60164956 <br> Complete Mailing Solutions <br> 3001 S. Tejon Street <br> Englewood, CO 80110-1316 | | | | | | | 214.68 |

Sheet no.  8  of  34  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $   58,728.07

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC                    ,        Case No.   09-
_____                                    _____
                    Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Conner Web Solutions<br>555 N. 12th Street<br>Laramie, WY 82072 | | | | | | | 768.88 |
| ACCOUNT NO.  15127386<br><br>Corporate Express, Inc.<br>PO Box 71217<br>Chicago, IL 60694-1217 | | | | | | | 60.00 |
| ACCOUNT NO.<br><br>Corporate Protective Services<br>1705 Albany<br>Cheyenne, WY 82001 | | | | | | | 2,330.06 |
| ACCOUNT NO.<br><br>Coulter, Inc.<br>dba C-D Services<br>PO Box 20142<br>Cheyenne, WY 82003 | | | | | | | 4,696.99 |
| ACCOUNT NO.<br><br>Cresant Electric Supply Co.<br>PO Box 500<br>East Dubuque, IL 61025-4420 | | | | | | | 346.28 |

Sheet no.  9  of  34  continuation sheets attached          Subtotal▶  | $ | 8,202.21
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                               Total▶  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.3-727 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC _____,    Case No.  09-_____
          Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  180506 <br> Dan D Party Corner <br> 717 Storey Boulevard <br> Cheyenne, WY 82009 | | | | | | | 105.86 |
| ACCOUNT NO. <br> Dan D Rental <br> 717 Storey Boulevard <br> Cheyenne, WY 82009 | | | | | | | 11,149.76 |
| ACCOUNT NO. <br> DBG Handyman Services <br> Cheyenne, WY 82001 | | | | | | | 1,098.25 |
| ACCOUNT NO. <br> De Palma Hotel Corporation <br> 700 Highlander Boulevard <br> Suite 400 <br> Arlington, TX 76015 | | | | | | | 5,972.64 |
| ACCOUNT NO. <br> Deepali, Inc. <br> 186 Eileen Drive <br> Cedar Grove, NJ 07009-1353 | | | | | | | 4,600.00 |

Sheet no.  10  of  34  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $   22,926.51

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727  - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC                      ,         Case No.  09-_____
_____                                            (If known)
              Debtor

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6011 5000 3975 4273<br><br>Dell Commercial Credit<br>PO Box 689020<br>Des Moines, IA 50368-9020 | | | | | | | 612.00 |
| ACCOUNT NO.  0401005<br><br>Delta Dental<br>PO Box 29<br>Cheyenne, WY 82003 | | | Consideration: Dental Insurance for Benefits Employees | | | | 2,014.65 |
| ACCOUNT NO.  4362413<br><br>DEX Media, Inc.<br>Attn. Joseph, Mann & Creed<br>20600 Chagrin Boulevard, Suite 550<br>Shaker Heights, OH 44122-5340 | | | Client account no. 120296107 | | | | 24,107.54 |
| ACCOUNT NO.<br><br>Dharia, Falgun<br>10 Vizcaya Court<br>Wayne, NJ 07470 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Drug Testing Center of Cheyenne<br>205 West 18th Street<br>Cheyenne, WY 82001 | | | | | | | 18.00 |

Sheet no. _11_ of _34_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $    26,752.19

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727  - 10386

B6F (Official Form 6F) (12/07) - Cont.

In re _Mantiff Cheyenne Hospitality, LLC_____,          Case No. _09-_____
          Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  019852663 <br><br> Ecolab, Inc. <br> Credit Departmenet <br> Ecolab Center <br> St. Paul, MN 55102 | | | | | | | 1,586.73 |
| ACCOUNT NO.  20119 <br><br> Expedia, Inc. <br> PO Box 847675 <br> Dallas, TX 75284-7675 | | | | | | | 78.60 |
| ACCOUNT NO.  626656 <br><br> Farmer Bros. Co. <br> PO Box 55172 <br> Los Angeles, CA 90074-5172 | | | | | | | 181.50 |
| ACCOUNT NO.  1154-2591-9 <br><br> FedEx <br> PO Box 94515 <br> Palatine, IL 60094 | | | | | | | 144.69 |
| ACCOUNT NO.  1700910065 <br><br> FedEx Kinko's, Inc. <br> PO Box 672085 <br> Dallas, TX 75267-2085 | | | | | | | 514.93 |

Sheet no. _12_ of _34_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  |  $  2,506.45

Total ▶  |  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC                              ,        Case No.    09-
_____
Debtor                                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Functionality Plus 448 Ignacio Boulevard Suite 117 Novato, CA 94949 | | | | | | | 1,644.00 |
| ACCOUNT NO. GapWest Broadcasting 1912 Capitol Avenue Suite 300 Cheyenne, WY 82001 | | | | | | | 4,627.00 |
| ACCOUNT NO. 291256 General Shale Brick, Inc. PO Box 71917 Chicago, IL 60694-1917 | | | | | | | 184.29 |
| ACCOUNT NO. 1215 Graphic Media, Inc. 2021 Warren Avenue Cheyenne, WY 82001 | | | | | | | 2,839.17 |
| ACCOUNT NO. 003-0183368-000 Great American Leasing Corp. 8742 Innovation Way Chicago, IL 60682-0087 | | | | | | | 135.22 |

Sheet no.  13  of  34  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        9,429.68

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re   Mantiff Cheyenne Hospitality, LLC _____,   Case No. ___09-_____
_____Debtor_____   (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  003-0425475-000 <br><br>Great American Leasing Corp. <br>8742 Innovation Way <br>Chicago, IL 60682-0087 | | | | | | | 2,154.27 |
| ACCOUNT NO.  003-0489478-000 <br><br>Great American Leasing Corp. <br>8742 Innovation Way <br>Chicago, IL 60682-0087 | | | | | | | 1,126.58 |
| ACCOUNT NO.  003-0489479-000 <br><br>Great American Leasing Corp. <br>8742 Innovation Way <br>Chicago, IL 60682-0087 | | | | | | | 302.82 |
| ACCOUNT NO.  4120 <br><br>Green Lawn Care <br>1405 Sunny Hill Drive <br>Cheyenne, WY 82001 | | | | | | | 2,222.50 |
| ACCOUNT NO. <br><br>Guest Distribution <br>PO Box 7780-4700 <br>Philadelphia, PA 19182-4700 | | | | | | | 60.87 |

Sheet no. __14__ of __34__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $      5,867.04

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankrupcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.3-727 - 30586

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC                    ,        Case No.  09-_____
            Debtor                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 82001040 Guest Supply PO Box 824700 Philadelphia, PA 19182-4700 | | | | | | | 8,957.50 |
| ACCOUNT NO. Halladay Motors, Inc. 2100 Westland Road Cheyenne, WY 82001 | | | | | | | 713.15 |
| ACCOUNT NO. 324796 HD Supply Facilities Maintenance PO Box 509058 San Diego, CA 92150-9058 | | | | | | | 52.49 |
| ACCOUNT NO. 6028791 HD Supply Facilities Maintenance PO Box 509058 San Diego, CA 92150-9058 | | | | | | | 406.27 |
| ACCOUNT NO. Home Depot Credit Services PO Box 6031 The Lakes, NV 88901-6031 | | | | | | | 4,915.65 |

Sheet no. 15 of 34 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 15,045.06

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC                    ,        Case No.   09-
                        Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Hospitality Purchasing Design <br> 7864 Moors Bridge Road <br> Suite B <br> Portage, MI 49024 | | | | | | | 881.00 |
| ACCOUNT NO.  127035 <br> ILD Telecommunications, Inc. <br> PO Box 538647 <br> Atlanta, GA 30353-8647 | | | | | | | 674.42 |
| ACCOUNT NO.  HITCH <br> Interstate Moving & Storage Co. <br> PO Box 334 <br> Cheyenne, WY 82003-0334 | | | | | | | 2,160.00 |
| ACCOUNT NO.  BES0030 <br> JAB Distributors, LLC <br> dba Protect-A-Bed <br> 600 Waukegan Road, Suite 16 <br> Glenview, IL 60025 | | | | | | | 335.79 |
| ACCOUNT NO. <br> JO-ED Produce <br> 309 W. 9th Street <br> Cheyenne, WY 82007 | | | | | | | 3,549.80 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

Sheet no. 16 of 34  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $        7,601.01

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Mantiff Cheyenne Hospitality, LLC_____,    Case No.  09-_____
                          Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  BES635<br><br>Journal Communications, Inc.<br>361 Mallory Station Road<br>Suite 102<br>Franklin, TN 37067 | | | | | | | 105.00 |
| ACCOUNT NO.<br><br>Kelly Rizley Advertising & P.R., Inc.<br>PO Box 271367<br>Fort Collins, CO 80527 | | | | | | | 555.00 |
| ACCOUNT NO.  53954<br><br>KZDR-FM<br>2109 East 10th Street<br>Cheyenne, WY 82001 | | | | | | | 595.00 |
| ACCOUNT NO.<br><br>Laramie County Distirct Court<br>First Judicial District, Wyoming<br>309 West 20th Street<br>Suite 3205<br>Cheyenne, WY 82001 | | | Clean Start, LLC v. Mantiff Cheyenne Hospitality, LLC<br>Docket No. 173-54 | | | | Notice Only |
| ACCOUNT NO.  063401<br><br>Lease Corporation of America<br>6206 Paysphere  Circle<br>Chicago, IL 60674 | | | | | | | 1,454.97 |

Sheet no.  17  of 34  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $       2,709.97

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC _____,    Case No. ___09-_____
                 Debtor                                                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  05766051 <br><br> Lexyl Travel Technologies <br> 8880 Rio San Diego Drive <br> Suite 800 <br> San Diego, CA 92108 | | | | | | | 316.80 |
| ACCOUNT NO. <br><br> Little Ol Printshop <br> 2110 Evans Avenue <br> Cheyenne, WY 82001-3734 | | | | | | | 123.23 |
| ACCOUNT NO. <br><br> Locks Plus <br> 1705 Albany <br> Cheyenne, WY 82001 | | | | | | | 401.25 |
| ACCOUNT NO. <br><br> Lodgenet Entertainment Corporation <br> PO Box 952141 <br> Saint Louis, MO 63195-2141 | | | | | | | 887.59 |
| ACCOUNT NO. <br><br> Lulko, Gregory <br> 607 Mill Run <br> Paramus, NJ 07652 | | | | | | | Notice Only |

Sheet no. __18__ of __34__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $   1,728.87

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30586

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Mantiff Cheyenne Hospitality, LLC                  ,          Case No.  09-
_____                              _____
              Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> M.S. Society of Wyoming <br> 525 Randall Avenue <br> Cheyenne, WY 82001 | | | | | | | 1,000.78 |
| ACCOUNT NO. <br> M3 Accounting Services, Inc. <br> 800B Jesse Jewell Parkway SW <br> Gainesville, GA 30501 | | | | | | | 1,381.60 |
| ACCOUNT NO. <br> Mantiff Cheyenne Hospitality Management, LLC <br> Attn. Mantiff Management, Inc. <br> 387 Passaic Avenue <br> Fairfield, NJ 07004 | | | | | | | 3,300,000.00 |
| ACCOUNT NO. <br> Mantiff Management, Inc. <br> 387 Passaic Avenue <br> Fairfield, NJ 07004 | | | | | | | 20,422.09 |
| ACCOUNT NO. <br> MarComet <br> PO Box 368 <br> Tranquility, NJ 07879 | | | | | | | 323.30 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727  -  30386

Sheet no.  19  of 34   continuation sheets attached          Subtotal ➤   $     3,323,127.77
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                              Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC_____,        Case No.  09-_____
_____Debtor_____                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Maria H. Rowlands, CPA, PC <br> Attn. Theresa A. Pothering, CPA <br> 1508 Rockwood Center <br> Mailbox 9 <br> Pottsville, PA 17901 | | | | | | | 825.00 |
| ACCOUNT NO. <br> Montgomery Broadcasting, LLC <br> 1806 Capitol Avenue <br> Cheyenne, WY 82001 | | | | | | | 780.00 |
| ACCOUNT NO.  RI23998 <br> Multi Systems, Inc. <br> 7600 North 15th Street <br> Suite 250 <br> Phoenix, AZ 85020 | | | | | | | 2,339.80 |
| ACCOUNT NO. <br> NAPA Genuine Parts of Cheyenne <br> PO Box 1436 <br> 907 E. Lincoln Way <br> Cheyenne, WY 82003-1436 | | | | | | | 26.62 |
| ACCOUNT NO. <br> Nelson Office Supply, Inc. <br> PO Box 880 <br> Greeley, CO 80632 | | | | | | | 842.36 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

Sheet no. _20_ of _34_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $    4,813.78

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC                    ,        Case No.  09-
_____                              _____
                    Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  60118690 <br><br> Neopost, Inc. <br> 30955 Huntwood Avenue <br> Hayward, CA 94544 | | | | | | | 518.42 |
| ACCOUNT NO. <br><br> Neovision Consulting <br> Lawrence Commons, Suite 203 <br> 3371 Brunswick Pike <br> Lawrenceville, NJ 08648 | | | | | | | 4,000.00 |
| ACCOUNT NO. <br><br> New Edge Network <br> Unit 47 <br> PO Box 4800 <br> Portland, OR 97208 | | | | | | | 494.65 |
| ACCOUNT NO.  BES170 <br><br> Next Media Outdoor, Inc. <br> 2649 E. Mulberry <br> Unit 20 <br> Fort Collins, CO 80524 | | | | | | X | 13,459.00 |
| ACCOUNT NO.  RAM1700 <br><br> Next Media Outdoor, Inc. <br> 2649 E. Mulberry <br> Unit 20 <br> Fort Collins, CO 80524 | | | | | | X | 27,209.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.3-727 - 30386

Sheet no.  21  of  34  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $    45,681.07

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC_____,     Case No.  09-_____
              Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Niemann, David<br>3555 East Lincolnway<br>Cheyenne, WY 82001 | | | | | | | 90.00 |
| ACCOUNT NO.<br>North American Directory Services<br>320 E. 27th Street<br>Loveland, CO 80538 | | | | | | | 695.00 |
| ACCOUNT NO.<br>Northern Colorado Business Reports<br>141 S. College Avenue<br>Fort Collins, CO 80524 | | | | | | | 2,491.41 |
| ACCOUNT NO.<br>Northern Colorado Paper BR 1<br>295 71st Avenue<br>Greeley, CO 80634 | | | | | | | 3,898.97 |
| ACCOUNT NO.<br>On-the-Spot Glass<br>805 West 21st Street<br>Cheyenne, WY 82001 | | | | | | | 544.00 |

Sheet no. 22 of 34 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 7,719.38

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC                    ,       Case No.  09-
                    Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3076383301 <br><br> Online Yellow Pages Group, Inc. <br> 334 Cornelia Street <br> Suite 1503 <br> Plattsburgh, NY 12901 | | | | | | | 479.99 |
| ACCOUNT NO. <br><br> Orrison Distributing Ltd. <br> 1111 Dunn Avenue <br> Cheyenne, WY 82001 | | | | | | | 1,022.40 |
| ACCOUNT NO. <br><br> Otto's Paint & Supply <br> 917 E. 16th Street <br> Cheyenne, WY 82001 | | | | | | | 928.60 |
| ACCOUNT NO. <br><br> Park Supply of America, Inc. <br> 2727 E. 26th Street <br> Minneapolis, MN 55406 | | | | | | | 125.93 |
| ACCOUNT NO.  365149 <br><br> Pepsi-Cola of Cheyenne <br> PO Box 46 <br> 110 Cleveland Place <br> Cheyenne, WY 82003 | | | | | | | 1,925.80 |

Sheet no. 23 of 34 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    4,482.72

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.3-727 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC _____,    Case No.  09-_____
_____Debtor_____                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  365109 Pepsi-Cola of Cheyenne PO Box 46 110 Cleveland Place Cheyenne, WY 82003 | | | | | | | 4,943.23 |
| ACCOUNT NO. Perfection Printing 7450 W. 52nd Avenue Suite 246 Arvada, CO 80002 | | | | | | | 557.23 |
| ACCOUNT NO. Phoenix Fire Protection, Inc. 2022 Snyder Avenue Cheyenne, WY 82001 | | | | | | | 345.30 |
| ACCOUNT NO. Pioneer Printing & Stationery Co., Inc. 514 West 19th Street PO Box 466 Cheyenne, WY 82003 | | | | | | | 482.84 |
| ACCOUNT NO. Premium Payment Plan 1 Hudson City Center Hudson, NY 12534-2340 | | | | | | | 36,344.90 |

Sheet no.  24  of 34  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $    42,673.50

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727  -  30586

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC                    ,        Case No.  09-
_____                              _____
              Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  307-634-5862 702B <br><br> Qwest <br> PO Box 173638 <br> Denver, CO 80217-3638 | | | | | | | 113.77 |
| ACCOUNT NO.  307-638-3301 895B <br><br> Qwest <br> PO Box 1769 <br> Cheyenne, WY 82003-1769 | | | | | | | 772.01 |
| ACCOUNT NO.  23998-73527-01-RAM <br><br> Ramada Worldwide, Inc. <br> 1 Sylvan Way <br> PO Box 278 <br> Parsipany, NJ 07054-0278 | | | | | | | 47,215.24 |
| ACCOUNT NO.  WY-H09-0896 <br><br> Ritz Family Publishing, Inc. <br> 714 N. Main Street <br> Meridian, ID 80642 | | | | | | | 1,158.00 |
| ACCOUNT NO. <br><br> Roberts Lighting Service <br> 1315 Meadow Drive <br> Cheyenne, WY 82001 | | | | | | | 554.76 |

Sheet no. 25 of 34 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 49,813.78

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re   Mantiff Cheyenne Hospitality, LLC _____,    Case No. _09-_____
                  Debtor                                                                  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Room Linx, Inc.<br>2150 W. 6th Avenue<br>Unit N<br>Broomfield, CO 80020 | | | | | | | 203.77 |
| ACCOUNT NO.<br>Rooter Sewer Service, Inc.<br>PO Box 20447<br>Cheyenne, WY 82003 | | | | | | | 60.00 |
| ACCOUNT NO.<br>RSC Equipment Rental, Inc.<br>215 East Baseline Road<br>Gilbert, AZ 85233 | | | Incurred: 9/24/2008<br>Alleged lien claim | | | X | 2,818.20 |
| ACCOUNT NO.<br>S & J Signs, Inc.<br>2508 E. Fox Farm Raod<br>Unit 2<br>Cheyenne, WY 82007 | | | | | | | 630.00 |
| ACCOUNT NO.  7022<br>Senger Design Group<br>523 South Cascade Avenue<br>Suite B<br>Colorado Springs, CO 80903 | | | | | | | 9,105.89 |

Sheet no. _26_ of _34_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   12,817.86

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC                    ,        Case No.  09-
_____Debtor_____                                   (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  07-49-00088 <br><br> SESAC <br> PO Box NC 900013 <br> Raleigh, NC 27675 | | | ID No. 3216 | | | | 272.25 |
| ACCOUNT NO. <br><br> Shamrock Foods <br> 5199 Ivy Street <br> Commerce City, CO 80022 | | | | | | | 3,111.97 |
| ACCOUNT NO. <br><br> Shannon Marketing Communications <br> 162 Morgan Drive <br> Loveland, CO 80537 | | | | | | | 20.00 |
| ACCOUNT NO. <br><br> Sheet Metal Products, Inc. <br> 1019 W. 22nd Street <br> PO Box 1112 <br> Cheyenne, WY 82001 | | | | | | | 339.70 |
| ACCOUNT NO.  0191880538-3-33810 <br><br> South East Publications USA, Inc. <br> 4360 Peters Road <br> Ft. Lauderdale, FL 33317 | | | | | | | 1,536.00 |

Sheet no. 27 of 34 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  5,279.92

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC                    ,        Case No.   09-
_____                                  _____
                    Debtor                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1571996 2362239 <br><br> Sparkletts & Sierra Springs <br> PO Box 660579 <br> Dallas, TX 75266-0579 | | | | | | | 87.97 |
| ACCOUNT NO. <br><br> Spring Hill Press, LLC <br> 16300 Law 2130 <br> Mt. Vernon, MO 65712 | | | | | | | 675.00 |
| ACCOUNT NO. <br><br> Swede's Roofing, Inc. <br> 1130 Dunn Avenue <br> Cheyenne, WY 82001-4869 | | | | | | | 59,104.50 |
| ACCOUNT NO.  569137 <br><br> Sysco Food Services of Denver <br> PO Box 5566 <br> Denver, CO 80238 | | | | | | | 39,120.59 |
| ACCOUNT NO. <br><br> Taco Johns Events Centre <br> 1530 W. Lincolnway <br> Cheyenne, WY 82001 | | | | | | | 5,136.64 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

Sheet no.  28  of  34  continuation sheets attached        Subtotal ► $       104,124.70
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                             Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC                          ,          Case No.  09-_____
_____
Debtor                                                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Tel-Phone Resources Company <br> 3305 West Bismark Avenue <br> Spokane, WA 99205 | | | | | | | 487.00 |
| ACCOUNT NO. <br> The Lock Shop of Cheyenne <br> 413 Randall Avenue <br> Cheyenne, WY 82001 | | | | | | | 69.79 |
| ACCOUNT NO. 142518 <br> The Sentinel <br> 307 E. 20th Street <br> Cheyenne, WY 82001 | | | | | | | 299.00 |
| ACCOUNT NO. 140603 <br> The Sentinel <br> 307 E. 20th Street <br> Cheyenne, WY 82001 | | | | | | | 400.00 |
| ACCOUNT NO. 0342-2527-6 <br> The Sherwin Williams Co. <br> 1706 Stillwater Avenue <br> Cheyenne, WY 82009-7361 | | | | | | | 188.35 |

Sheet no. 29 of 34 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,444.14
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. ver. 4.4.3-727 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC                    ,                Case No.  09-_____
_____                                              (If known)
              Debtor

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>The Sound Connection<br>451 E. Boardwalk<br>Suite 524<br>Ft. Collins, CO 80525 | | | | | | | 75.00 |
| ACCOUNT NO.<br>The Wyoming Business Report<br>141 S. College Avenue<br>Fort Collins, CO 80524 | | | | | | | 1,181.97 |
| ACCOUNT NO.<br>Tourwerks, Inc.<br>1939 Grand Avenue<br>Second Level<br>San Diego, CA 92109 | | | | | | | 64.90 |
| ACCOUNT NO.  444841<br>TraveLeaders<br>2151 Le Jeune Road<br>Suite 300<br>Coral Gables, FL 33134 | | | | | | | 9.00 |
| ACCOUNT NO.<br>Two Guys Communications, Inc.<br>PO Box 2548<br>Cheyenne, WY 82003-2548 | | | | | | | 65.00 |
| | | | | | Subtotal ▶ | | $  1,395.87 |
| | | | | | Total ▶ | | $ |

Sheet no. 30 of 34 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Mantiff Cheyenne Hospitality, LLC                          ,          Case No.    09-
                              Debtor                                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Union Directory <br> Directory Division <br> PO Box 160 <br> Mountain View, WY 82939 | | | | | | | 751.50 |
| ACCOUNT NO. <br> Universal Management, Inc. <br> 186 Eileen Drive <br> Cedar Grove, NJ 07009-1353 | | | | | | | 4,834.56 |
| ACCOUNT NO.  000069738 <br> USA Today <br> 5910 Rice Creek Parkway <br> Suite 400 <br> Shoreview, MN 55126-5028 | | | | | | | 1,205.60 |
| ACCOUNT NO.  853600 <br> Vendor Services <br> PO Box 790448 <br> St. Louis, MO 63179-0448 | | | | | | | 1,020.73 |
| ACCOUNT NO.  865505168-00001 <br> Verizon Wireless <br> PO Box 9622 <br> Mission Hills, CA 91346-9622 | | | | | | | 203.48 |

Sheet no. 31 of 34 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $   8,015.87

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC                            ,          Case No.  09-_____
                         Debtor                                                                (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  965459873-00001 <br> Verizon Wireless <br> PO Box 9622 <br> Mission Hills, CA 91346-9622 | | | | | | | 231.04 |
| ACCOUNT NO. <br> VFM Interactive, Inc. <br> 111 Peter Street <br> Suite 530 <br> Toronto, ON M5V 2H1 <br> Canada | | | | | | | 46.67 |
| ACCOUNT NO. <br> Vista Communications, Inc. <br> PO Box 88 <br> Haymarket, VA 20168 | | | | | | | 900.00 |
| ACCOUNT NO.  100524 <br> Visual Products Corp. <br> dba Gordon Sign <br> PO Box 406235 <br> Atlanta, GA 30384 | | | | | | | 1,759.60 |
| ACCOUNT NO. <br> Wahhab, Zarina <br> 12 Crestview Drive <br> Pottsville, PA 17901 | | | | | | | Notice Only |

Sheet no. 32 of 34 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 2,937.31

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC                          ,        Case No.  09-
              Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  225839 <br><br> Weaver Multimedia Group <br> 900 South Braodway <br> Suite 300 <br> Denver, CO 80209 | | | | | | | 299.17 |
| ACCOUNT NO.  401700 <br><br> Western Paper Distributors <br> PO Box 5292 <br> Denver, CO 80217 | | | | | | | 819.25 |
| ACCOUNT NO. <br><br> Wilkinson, Sherri <br> PO Box 472 <br> Greybull, WY 82426 | | | | | | | 175.98 |
| ACCOUNT NO.  42-0000008 <br><br> WINhealth Partners <br> 1200 East 20th Street <br> Suite A <br> Cheyenne, WY 82001 | | | Consideration: Health Insurance Benefits for Employees | | | | 25,634.86 |
| ACCOUNT NO. <br><br> Wyoming Steel F & E <br> 721 County Road 128A <br> Cheyenne, WY 82007 | | | | | | | 1,200.00 |

Sheet no. 33 of 34 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    28,129.26

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re  Mantiff Cheyenne Hospitality, LLC _____,     Case No. ___09-_____
              Debtor                                                             (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Wyoming Tribune Eagle <br> 702 W. Lincolnway <br> Cheyenne, WY 82001-4359 | | | | | | | 2,183.65 |
| ACCOUNT NO. <br><br> Wyoming Trophy & Engraving <br> 1620 Thomas Avenue <br> Cheyenne, WY 82001 | | | | | | | 603.29 |
| ACCOUNT NO. 0107341 <br><br> Xeta Technologies <br> PO Box 678071 <br> Dallas, TX 75267-8071 | | | | | | | 755.00 |
| ACCOUNT NO. 164710 <br><br> Yellow Book USA <br> 6300 C Street S.W. <br> Cedar Rapids, IA 52404 | | | | | | | 4,191.03 |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no. __34__ of __34__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $     7,732.97

Total ▶ $     3,930,110.67

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6G (Official Form 6G) (12/07)

In re __Mantiff Cheyenne Hospitality, LLC_____    Case No. ____09-_____
                         Debtor                                                            (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Ramada Worldwide, Inc.<br>1 Sylvan Way<br>PO Box 278<br>Parsipany, NJ 07054-0278 | License Agreement No. 23998 |
| Multi Systems, Inc.<br>7600 North 15th Street<br>Suite 250<br>Phoenix, AZ 85020 | Equipment Lease No. 806779 |
| Alsco-Laramie<br>314 South Fourth Street<br>Laramie, WY 82070 | Requirements contract for linen supply |
| Bresnan Business Services<br>Attn. Bresnan Communications<br>506 W. 17th Street<br>Cheyenne, WY 82001-4330 | Various cable television, internet access, and telephone maintenance contracts |
| Great American Leasing Corp.<br>8742 Innovation Way<br>Chicago, IL 60682-0087 | Various equipment leases for copy machines and computers |
| Next Media Outdoor, Inc.<br>2649 E. Mulberry<br>Unit 20<br>Fort Collins, CO 80524 | Various billboard leases |
| Jim Willadsen<br>Attn. Next Media Outdoor, Inc.<br>2649 E. Mulberry, Unit 20<br>Fort Collins, CO 80524 | Land lease for billboard |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

B6H (Official Form 6H) (12/07)

In re  Mantiff Cheyenne Hospitality, LLC _____    Case No. ___09-_____
                 **Debtor**                                                         **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Falgun Dharia<br>10 Vizcaya Court<br>Wayne, NJ 07470 | Ramada Worldwide, Inc.<br>1 Sylvan Way<br>PO Box 278<br>Parsipany, NJ 07054-0278 |
| Gregory Lulko<br>607 Mill Run<br>Paramus, NJ 07652 | Ramada Worldwide, Inc.<br>1 Sylvan Way<br>PO Box 278<br>Parsipany, NJ 07054-0278 |
| Zarina Wahhab<br>12 Crestview Drive<br>Pottsville, PA 17901 | Ramada Worldwide, Inc.<br>1 Sylvan Way<br>PO Box 278<br>Parsipany, NJ 07054-0278 |
| Gregory Lulko<br>607 Mill Run<br>Paramus, NJ 07652 | Multi Systems, Inc.<br>7600 North 15th Street<br>Suite 250<br>Phoenix, AZ 85020 |

B6 (Official Form 6 - Declaration) (12/07)

Mantiff Cheyenne Hospitality, LLC

In re _____          Case No. 09-_____
                          **Debtor**                                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date _____          Signature: _____
                                                                                          Debtor:


Date _____          Signature: _____
                                                                                  (Joint Debtor, if any)

[If joint case, both spouses must sign.]

--------------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                     Social Security No.
of Bankruptcy Petition Preparer                                *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
     Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the  Managing Member _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the Mantiff Cheyenne Hospitality, LLC [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  52  sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____February 3, 2009_____          Signature: _____
                                                                                      FALGUN DHARIA
                                                                  [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
### District of New Jersey

In Re  Mantiff Cheyenne Hospitality, LLC                                       Case No. 09-
                                                                                          (if known)

## STATEMENT OF FINANCIAL AFFAIRS

  This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

  Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

  *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

  *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|
| 2008 |  |  |
| 2007 |  |  |
| 2006 | $79,233 Gross<br>$65,900 Net |  |

2.    **Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the business during the two years immediately preceding the commencement of this case. Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

3.    **Payments to creditors**

None
☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*)☐any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative☐repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☒

    *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐

    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Clean Start, LLC v. Mantiff Cheyenne Hospitality, LLC Docket No. 173-54 | | Laramie County Distirct Court First Judicial District, Wyoming 309 West 20th Street Suite 3205 Cheyenne, WY 82001 | Pending |
| Clean Start, LLC v. Ramada Worldwide, Inc. Docket No. 172-917 | | Laramie County Distirct Court First Judicial District, Wyoming 309 West 20th Street Suite 3205 Cheyenne, WY 82001 | Pending |

None

☒

    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and Receiverships

None
☒

a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒

b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

**8.  Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C. 347 Mt. Pleasant Avenue, Suite 300 West Orange, NJ 07052 | February 3, 2009 Payor: Mantiff Erie Hospitality, LLC | $13,842.50 for services rendered from January 10, 2009 through February 3, 2009. |

**10.  Other transfers**

None ☒

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this
case to a self-settled trust or similar device of which the debtor is a beneficiary.

None

☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None

☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor
which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of
this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;
shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage
houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include
information concerning accounts or instruments held by either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| PNC Bank 570 Pompton Avenue Cedar Grove, NJ 07009 | Payroll Account No. 803-223-5441 Closing Balance: 0.00 | September 30, 2007 |

### 12.  Safe deposit boxes

None

☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
valuables within one year immediately preceding the commencement of this case.    (Married debtors filing
under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None

☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90
days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must
include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses
are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.     List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18. Nature, location and name of business

None
☒

a.     If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, record and financial statements

None    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐             bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Goldstar Financial Services (Bookkeeper) 505 Thornall Street Suite 206 Edison, NJ 08837 | 2006 - present |
| Neovision Consulting, Inc. (Accountant) 3371 Brunswick Pike Suite 203 Lawrenceville, NJ 08648 | 2007 - present |

None    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☒             case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| | | |

None    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the
☐             books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Mantiff Management, Inc. | 387 Passaic Avenue Fairfield, NJ 07004 |

None   d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☒   a financial statement was issued within the two years immediately preceding the commencement of this case by
the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None   a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒   taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None   b.    List the name and address of the person having possession of the records of each of the two inventories
☒   reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

None   a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None   b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☒   directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22. Former partners, officers, directors and shareholders**

None   a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year
☒   immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727  -  30386

None    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
☒    terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23.  Withdrawals from a partnership or distribution by a corporation

None    If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an
☒    insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24.  Tax Consolidation Group

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent
☒    corporation of any consolidated group for tax purposes of which the debtor has been a member at any time
within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25.  Pension Funds

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension
☒    fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year
period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

\*    \*    \*    \*    \*    \*

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___February 3, 2009___      Signature _____

FALGUN DHARIA ,
Managing Member
_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

___0___ continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X_____        _____
Signature of Bankruptcy Petition Preparer       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727 - 30386

UNITED STATES BANKRUPTCY COURT

**District of New Jersey**

| In re | Mantiff Cheyenne Hospitality, LLC | , | Case No. | 09- |
|---|---|---|---|---|
| | Debtor | | Chapter | 11 |

## List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Dharia, Falgun<br>10 Vizcaya Court<br>Wayne, NJ 07470 | | 18%, Managing Member |
| Lulko, Gregory<br>607 Mill Run<br>Paramus, NJ 07652 | | 41%, Member |
| Wahhab, Zarina<br>12 Crestview Drive<br>Pottsville, PA 17901 | | 41%, Member |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.8-727  -  30386

B203
12/94

# United States Bankruptcy Court
### District of New Jersey

In re   Mantiff Cheyenne Hospitality, LLC

Case No.    09-_____

Chapter    ___11___

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ..........................…………………………... $ _____0.00_____

Prior to the filing of this statement I have received .................……………................ $ __11,157.50__

Balance Due ................................................................................................ $ _____0.00_____

2.   The source of compensation paid to me was:

☐ Debtor        ☑ Other (specify)

3.   The source of compensation to be paid to me is:

☐ Debtor        ☑ Other (specify)

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and
associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.   [Other provisions as needed]

The Debtor paid Trenk, DiPasquale an initial retainer of $11,157.50.
Approval of any and all fees, including fees in excess of the initial retainer, will be
applied for approval by the Court.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

February 3, 2009
_____
Date

_____
Signature of Attorney

Trenk, DiPasquale, Webster, Della Fera & Sodono
Name of law firm

A1 Textiles & Hospitality Products
PO Box 5259
Chatsworth, CA 91313-5259


AAA Mail Stop 2
1000 AAA Drive
Heathrow, FL 32746-5063


Accurate Construction & Electrical Svc.
909 East Fox Farm Road
Unit 3
Cheyenne, WY 82007


Aflac
Remittance Processing Services
1932 Wynnton Road
Columbus, GA 31999-0797


Aire Master of Eastern WY
443 S. Kimball
Casper, WY 82601


All Seasons Heating & Cooling
101 Avenue C
Suite 5
Cheyenne, WY 82007


Alsco-Laramie
314 South Fourth Street
Laramie, WY 82070


Alsco-Laramie
314 South Fourth Street
Laramie, WY 82070


Alsco-Laramie
314 South Fourth Street
Laramie, WY 82070

Alsco-Laramie
314 South Fourth Street
Laramie, WY 82070

American International Companies
22427 Network Place
Chicago, IL 60673-1225

Appaloosa Broadcasting
2109 East 10th Street
Cheyenne, WY 82001

Applied Industrial Technologies
22510 Network Place
Chicago, IL 60673-1225

Arnold Pool Company
1801 Stagecoach Trail
Ogallala, NE 69153

ASCAP
21678 Network Place
Chicago, IL 60673-1216

Audio Matrix, Inc.
204 S. College Drive
PO Box 242
Cheyenne, WY 82003-0242

B&B Sewer Service Septic Tank Pumping
4303 Charles Street
Cheyenne, WY 82001-1903

Background Music, Inc.
204 S. College Drive
Cheyenne, WY 82003-0703

BES Industries, Inc.
11512 Lake Mead Avenue
Suite 406
Jacksonville, FL 32256

Big W Supplies
650 W. 18th Street
Cheyenne, WY 82001

BMI General Licensing
PO Box 406741
Atlanta, GA 30384-6741

Bouquets Unlimited, Inc.
5709 Yellowstone Road
Cheyenne, WY 82009

Bresnan Business Services
Attn. Bresnan Communications
506 W. 17th Street
Cheyenne, WY 82001-4330

Bresnan Communications
506 W. 17th Street
Cheyenne, WY 82001-4330

Bresnan Communications
PO Box 650364
Dallas, TX 75265-0364

Broomtown, Inc.
3414 Polk Avenue
Cheyenne, WY 82001

Business Express
432 Cole Shopping Center
Cheyenne, WY 82001

Business Network Solution
1426 Logan Avenue
Cheyenne, WY 82001

Business Outfitters
1426 Logan Avenue
Cheyenne, WY 82001

C. Michael Spain & Associates, Ltd.
3268 Glendevey Drive
Loveland, CO 80538

Capital Lumber
1222 Dunn Avenue
Cheyenne, WY 82001

Chemsearch
23261 Network Place
Chicago, IL 60673-1232

Cheyenne Area Conv. & Visitors Bureau
One Depot Square
121 W. 15th Street
Cheyenne, WY 82001

Cheyenne Beverages
PO Box 1327
Cheyenne, WY 82001

Cheyenne Gunslingers
PO Box 1916
Cheyenne, WY 82003

Cheyenne Leads
121 W. 15th Street, Suite 304
PO Box 1045
Cheyenne, WY 82003-1045

Cheyenne Light, Fuel & Power
PO Box 6100
Rapid City, SD 57709-6100


Cheyenne Light, Fuel & Power
PO Box 6100
Rapid City, SD 57709-6100


Cheyenne Rotaract
PO Box 2974
Cheyenne, WY 82003


Choicepoint Services, Inc.
PO Box 105186
Atlanta, GA 30348


Cintas Corporation
97627 Eagle Way
Chicago, IL 60678-7627


City of Cheyenne
2101 O'Neill Avenue
Room 101
Cheyenne, WY 82001


City of Cheyenne
Board of Public Utilities
2100 Pioneer Avenue
PO Box 1469
Cheyenne, WY 82003


City of Cheyenne
Board of Public Utilities
2100 Pioneer Avenue
PO Box 1469
Cheyenne, WY 82003

City of Cheyenne
Board of Public Utilities
2100 Pioneer Avenue
PO Box 1469
Cheyenne, WY 82003


City of Cheyenne
Board of Public Utilities
2100 Pioneer Avenue
PO Box 1469
Cheyenne, WY 82003


Clean Carpets of Cheyenne, Inc.
PO Box 21742
Cheyenne, WY 82003


Clean Start, LLC
Attn. Gay Woodhouse Law Office, P.C.
PO Box 1888
211 W. 19th St., 3rd Floor
Cheyenne, WY 82003


Commercial Flooring
3418 East Pershing
Cheyenne, WY 82001


Commercial Pool & Spa Supplies, Inc.
1167 East Highway 36
Maplewood, MN 55109-2007


Complete Mailing Solutions
3001 S. Tejon Street
Englewood, CO 80110-1316


Conner Web Solutions
555 N. 12th Street
Laramie, WY 82072

Corporate Express, Inc.
PO Box 71217
Chicago, IL 60694-1217

Corporate Protective Services
1705 Albany
Cheyenne, WY 82001

Coulter, Inc.
dba C-D Services
PO Box 20142
Cheyenne, WY 82003

Cresant Electric Supply Co.
PO Box 500
East Dubuque, IL 61025-4420

Dan D Party Corner
717 Storey Boulevard
Cheyenne, WY 82009

Dan D Rental
717 Storey Boulevard
Cheyenne, WY 82009

DBG Handyman Services
Cheyenne, WY 82001

De Palma Hotel Corporation
700 Highlander Boulevard
Suite 400
Arlington, TX 76015

Deepali, Inc.
186 Eileen Drive
Cedar Grove, NJ 07009-1353

Dell Commercial Credit
PO Box 689020
Des Moines, IA 50368-9020

Delta Dental
PO Box 29
Cheyenne, WY 82003

DEX Media, Inc.
Attn. Joseph, Mann & Creed
20600 Chagrin Boulevard, Suite 550
Shaker Heights, OH 44122-5340

Dharia, Falgun
10 Vizcaya Court
Wayne, NJ 07470

Drug Testing Center of Cheyenne
205 West 18th Street
Cheyenne, WY 82001

Ecolab, Inc.
Credit Departmenet
Ecolab Center
St. Paul, MN 55102

Expedia, Inc.
PO Box 847675
Dallas, TX 75284-7675

Falgun Dharia
10 Vizcaya Court
Wayne, NJ 07470

Farmer Bros. Co.
PO Box 55172
Los Angeles, CA 90074-5172

```
FedEx
PO Box 94515
Palatine, IL 60094


FedEx Kinko's, Inc.
PO Box 672085
Dallas, TX 75267-2085


Fidelity Bank of Florida, N.A.
Attn. Michael Storey, CEO
1380 N. Courtenay Parkway
Merritt Island, FL 32953


Functionality Plus
448 Ignacio Boulevard
Suite 117
Novato, CA 94949


GapWest Broadcasting
1912 Capitol Avenue
Suite 300
Cheyenne, WY 82001


General Shale Brick, Inc.
PO Box 71917
Chicago, IL 60694-1917


Graphic Media, Inc.
2021 Warren Avenue
Cheyenne, WY 82001


Great American Leasing Corp.
8742 Innovation Way
Chicago, IL 60682-0087


Great American Leasing Corp.
8742 Innovation Way
Chicago, IL 60682-0087
```

Great American Leasing Corp.
8742 Innovation Way
Chicago, IL 60682-0087


Great American Leasing Corp.
8742 Innovation Way
Chicago, IL 60682-0087


Great American Leasing Corp.
8742 Innovation Way
Chicago, IL 60682-0087


Green Lawn Care
1405 Sunny Hill Drive
Cheyenne, WY 82001


Gregory Lulko
607 Mill Run
Paramus, NJ 07652


Gregory Lulko
607 Mill Run
Paramus, NJ 07652


Guest Distribution
PO Box 7780-4700
Philadelphia, PA 19182-4700


Guest Supply
PO Box 824700
Philadelphia, PA 19182-4700


Halladay Motors, Inc.
2100 Westland Road
Cheyenne, WY 82001


HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150-9058

HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150-9058

Home Depot Credit Services
PO Box 6031
The Lakes, NV 88901-6031

Hospitality Purchasing Design
7864 Moors Bridge Road
Suite B
Portage, MI 49024

ILD Telecommunications, Inc.
PO Box 538647
Atlanta, GA 30353-8647

Interstate Moving & Storage Co.
PO Box 334
Cheyenne, WY 82003-0334

JAB Distributors, LLC
dba Protect-A-Bed
600 Waukegan Road, Suite 16
Glenview, IL 60025

Jim Willadsen
Attn. Next Media Outdoor, Inc.
2649 E. Mulberry, Unit 20
Fort Collins, CO 80524

JO-ED Produce
309 W. 9th Street
Cheyenne, WY 82007

Journal Communications, Inc.
361 Mallory Station Road
Suite 102
Franklin, TN 37067

Kelly Rizley Advertising & P.R., Inc.
PO Box 271367
Fort Collins, CO 80527


KZDR-FM
2109 East 10th Street
Cheyenne, WY 82001


Laramie County Distirct Court
First Judicial District, Wyoming
309 West 20th Street
Suite 3205
Cheyenne, WY 82001


Laramie County Treasurer
Attn. Kim E. Lovett, Treasurer
PO Box 125
Cheyenne, WY 82003


Laramie County Treasurer
Attn. Kim E. Lovett, Treasurer
PO Box 125
Cheyenne, WY 82003


Laramie County Treasurer
Attn. Kim E. Lovett, Treasurer
PO Box 125
Cheyenne, WY 82003


Laramie County Treasurer
Attn. Kim E. Lovett, Treasurer
PO Box 125
Cheyenne, WY 82003


Laramie County Treasurer
Attn. Kim E. Lovett, Treasurer
PO Box 125
Cheyenne, WY 82003

Laramie County Treasurer
Attn. Kim E. Lovett, Treasurer
PO Box 125
Cheyenne, WY 82003


Laramie County Treasurer
Attn. Kim E. Lovett, Treasurer
PO Box 125
Cheyenne, WY 82003


Lease Corporation of America
6206 Paysphere  Circle
Chicago, IL 60674


Lexyl Travel Technologies
8880 Rio San Diego Drive
Suite 800
San Diego, CA 92108


Little Ol Printshop
2110 Evans Avenue
Cheyenne, WY 82001-3734


Locks Plus
1705 Albany
Cheyenne, WY 82001


Lodgenet Entertainment Corporation
PO Box 952141
Saint Louis, MO 63195-2141


Lulko, Gregory
607 Mill Run
Paramus, NJ 07652


M.S. Society of Wyoming
525 Randall Avenue
Cheyenne, WY 82001

M3 Accounting Services, Inc.
800B Jesse Jewell Parkway SW
Gainesville, GA 30501


Mantiff Cheyenne Hospitality
Management, LLC
Attn. Mantiff Management, Inc.
387 Passaic Avenue
Fairfield, NJ 07004


Mantiff Management, Inc.
387 Passaic Avenue
Fairfield, NJ 07004


MarComet
PO Box 368
Tranquility, NJ 07879


Maria H. Rowlands, CPA, PC
Attn. Theresa A. Pothering, CPA
1508 Rockwood Center
Mailbox 9
Pottsville, PA 17901


Montgomery Broadcasting, LLC
1806 Capitol Avenue
Cheyenne, WY 82001


Multi Systems, Inc.
7600 North 15th Street
Suite 250
Phoenix, AZ 85020


Multi Systems, Inc.
7600 North 15th Street
Suite 250
Phoenix, AZ 85020

NAPA Genuine Parts of Cheyenne
PO Box 1436
907 E. Lincoln Way
Cheyenne, WY 82003-1436


Nelson Office Supply, Inc.
PO Box 880
Greeley, CO 80632


Neopost, Inc.
30955 Huntwood Avenue
Hayward, CA 94544


Neovision Consulting
Lawrence Commons, Suite 203
3371 Brunswick Pike
Lawrenceville, NJ 08648


New Edge Network
Unit 47
PO Box 4800
Portland, OR 97208


Next Media Outdoor, Inc.
2649 E. Mulberry
Unit 20
Fort Collins, CO 80524


Next Media Outdoor, Inc.
2649 E. Mulberry
Unit 20
Fort Collins, CO 80524


Next Media Outdoor, Inc.
2649 E. Mulberry
Unit 20
Fort Collins, CO 80524

Niemann, David
3555 East Lincolnway
Cheyenne, WY 82001


North American Directory Services
320 E. 27th Street
Loveland, CO 80538


Northern Colorado Business Reports
141 S. College Avenue
Fort Collins, CO 80524


Northern Colorado Paper BR 1
295 71st Avenue
Greeley, CO 80634


On-the-Spot Glass
805 West 21st Street
Cheyenne, WY 82001


Online Yellow Pages Group, Inc.
334 Cornelia Street
Suite 1503
Plattsburgh, NY 12901



Orrison Distributing Ltd.
1111 Dunn Avenue
Cheyenne, WY 82001


Otto's Paint & Supply
917 E. 16th Street
Cheyenne, WY 82001


Park Supply of America, Inc.
2727 E. 26th Street
Minneapolis, MN 55406

Pepsi-Cola of Cheyenne
PO Box 46
110 Cleveland Place
Cheyenne, WY 82003

Pepsi-Cola of Cheyenne
PO Box 46
110 Cleveland Place
Cheyenne, WY 82003

Perfection Printing
7450 W. 52nd Avenue
Suite 246
Arvada, CO 80002

Phoenix Fire Protection, Inc.
2022 Snyder Avenue
Cheyenne, WY 82001

Pioneer Printing & Stationery Co., Inc.
514 West 19th Street
PO Box 466
Cheyenne, WY 82003

Premium Payment Plan
1 Hudson City Center
Hudson, NY 12534-2340

Qwest
PO Box 173638
Denver, CO 80217-3638

Qwest
PO Box 1769
Cheyenne, WY 82003-1769

Ramada Worldwide, Inc.
1 Sylvan Way
PO Box 278
Parsipany, NJ 07054-0278

Ramada Worldwide, Inc.
1 Sylvan Way
PO Box 278
Parsipany, NJ 07054-0278

Ritz Family Publishing, Inc.
714 N. Main Street
Meridian, ID 80642

Roberts Lighting Service
1315 Meadow Drive
Cheyenne, WY 82001

Room Linx, Inc.
2150 W. 6th Avenue
Unit N
Broomfield, CO 80020

Rooter Sewer Service, Inc.
PO Box 20447
Cheyenne, WY 82003

RSC Equipment Rental, Inc.
215 East Baseline Road
Gilbert, AZ 85233

S & J Signs, Inc.
2508 E. Fox Farm Raod
Unit 2
Cheyenne, WY 82007

Senger Design Group
523 South Cascade Avenue
Suite B
Colorado Springs, CO 80903


SESAC
PO Box NC 900013
Raleigh, NC 27675


Shamrock Foods
5199 Ivy Street
Commerce City, CO 80022


Shannon Marketing Communications
162 Morgan Drive
Loveland, CO 80537


Sheet Metal Products, Inc.
1019 W. 22nd Street
PO Box 1112
Cheyenne, WY 82001


South East Publications USA, Inc.
4360 Peters Road
Ft. Lauderdale, FL 33317


Sparkletts & Sierra Springs
PO Box 660579
Dallas, TX 75266-0579


Spring Hill Press, LLC
16300 Law 2130
Mt. Vernon, MO 65712


State of Wyoming
Department of Revenue
Excise Tax Division
112 W. 25th Street, Herschler Bldg.
Cheyenne, WY 82002-0110

State of Wyoming
Department of Transportation
5300 Bishop Boulevard
Cheyenne, WY 82009


State of Wyoming
Workers' Safety and Compensation Div.
1510 E. Pershing Blvd.
PO Box 20006
Cheyenne, WY 82003


Swede's Roofing, Inc.
1130 Dunn Avenue
Cheyenne, WY 82001-4869


Sysco Food Services of Denver
PO Box 5566
Denver, CO 80238


Taco Johns Events Centre
1530 W. Lincolnway
Cheyenne, WY 82001


Tel-Phone Resources Company
3305 West Bismark Avenue
Spokane, WA 99205


The Lock Shop of Cheyenne
413 Randall Avenue
Cheyenne, WY 82001


The Sentinel
307 E. 20th Street
Cheyenne, WY 82001


The Sentinel
307 E. 20th Street
Cheyenne, WY 82001

The Sherwin Williams Co.
1706 Stillwater Avenue
Cheyenne, WY 82009-7361


The Sound Connection
451 E. Boardwalk
Suite 524
Ft. Collins, CO 80525


The Wyoming Business Report
141 S. College Avenue
Fort Collins, CO 80524


Tourwerks, Inc.
1939 Grand Avenue
Second Level
San Diego, CA 92109


TraveLeaders
2151 Le Jeune Road
Suite 300
Coral Gables, FL 33134


Two Guys Communications, Inc.
PO Box 2548
Cheyenne, WY 82003-2548


Union Directory
Directory Division
PO Box 160
Mountain View, WY 82939


Universal Management, Inc.
186 Eileen Drive
Cedar Grove, NJ 07009-1353

USA Today
5910 Rice Creek Parkway
Suite 400
Shoreview, MN 55126-5028

Vendor Services
PO Box 790448
St. Louis, MO 63179-0448

Verizon Wireless
PO Box 9622
Mission Hills, CA 91346-9622

Verizon Wireless
PO Box 9622
Mission Hills, CA 91346-9622

VFM Interactive, Inc.
111 Peter Street
Suite 530
Toronto, ON M5V 2H1
Canada

Vista Communications, Inc.
PO Box 88
Haymarket, VA 20168

Visual Products Corp.
dba Gordon Sign
PO Box 406235
Atlanta, GA 30384

Wahhab, Zarina
12 Crestview Drive
Pottsville, PA 17901

Weaver Multimedia Group
900 South Braodway
Suite 300
Denver, CO 80209


Western Paper Distributors
PO Box 5292
Denver, CO 80217


Wilkinson, Sherri
PO Box 472
Greybull, WY 82426


WINhealth Partners
1200 East 20th Street
Suite A
Cheyenne, WY 82001


Wyoming Steel F & E
721 County Road 128A
Cheyenne, WY 82007


Wyoming Tribune Eagle
702 W. Lincolnway
Cheyenne, WY 82001-4359


Wyoming Trophy & Engraving
1620 Thomas Avenue
Cheyenne, WY 82001


Xeta Technologies
PO Box 678071
Dallas, TX 75267-8071


Yellow Book USA
6300 C Street S.W.
Cedar Rapids, IA 52404

Zarina Wahhab
12 Crestview Drive
Pottsville, PA 17901