UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                              )
                                                    )
Mantiff Cheyenne Hospitality, LLC    )        Case No:    09-12621 NLW
                                                    )
                                                    )
Debtor(s)                                       )

**NOTICE OF STATUS CONFERENCE**

Pursuant to **April 9, 2009 at 2:00 p.m.**, at the Martin Luther King, Jr., Federal Building, Courtroom D, Third Floor, 50 Walnut Street, Newark, New Jersey, at which time it will consider

a) the debtor's present financial condition and its business plan;

b) whether a date should be set for filing a plan of reorganization and disclosure statement, or

c) whether the case should be scheduled for a hearing on conversion to a Chapter 7 case.

Attendance at the conference by the debtor and debtor's counsel is mandatory, and all interim financial reports must be filed at least seven (7) days prior to the conference date.

**Counsel for the debtor shall provide notice of the status conference to all secured creditors, any creditor's committee, or if no committee has been appointed, the debtor's twenty largest unsecured creditors. Counsel for the debtor shall also provide a certification of service to the court.**