Order Filed on
**8/10/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT ELIADES & RAVIN LLC
80 Route 4 East, Suite 290
Paramus, NJ 07662
(201) 845-1000
Daniel M. Eliades (DME-6203)
Attorneys for Ramada Worldwide Inc.

| | |
|---|---|
| In Re:<br><br>MANTIFF CHEYENNE HOSPITALITY, LLC,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No: 09-12621(NLW)<br><br>Hon. Novalyn L. Winfield<br><br>Hearing Date: August 10, 2009<br>Hearing Time: 10:00 a.m. |

**ORDER GRANTING MOTION TO ALLOW
ADMINISTRATIVE EXPENSE CLAIM AND COMPEL PAYMENT**

The relief set forth on the following pages, numbered two (2) and three (3) be and is hereby

**ORDERED**.

**DATED: 8/10/2009**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Page 2
Debtors:    Mantiff Cheyenne Hospitality, LLC
Case No.:   09-12621(NLW)
Caption:    **Order Granting Motion to Allow Administrative Expense Claim and Compel Payment**

This matter came before the Court upon the Motion to Allow Administrative Expense Claim and Compel Payment filed by Ramada Worldwide Inc. ("the Motion"); and notice of such Motion having been provided to all parties entitled to notice of the Motion; and the Court having considered the Motion and any objections filed thereto, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1.     The Motion[1] is granted.

2.     Ramada Worldwide Inc. ("RWI") is hereby granted an allowed administrative claim pursuant to 11 U.S.C. §503(b)(1)(A) for Debtor's post-petition utilization of the RWI Marks and post petition obligations to RWI under the License Agreement in the amount of $62,506.38 as of June 23, 2009, (the "RWI Administrative Claim").

3.     ~~The Debtor shall pay the full amount of the RWI Administrative Claim to RWI within ten (10) days of the date of entry of this Order~~.

4.     Pending further order of this Court, the Debtor shall pay RWI all post-petition fees due under the License Agreement subsequent to June 23, 2009 ~~as and when required under the License Agreement~~.

5.     Nothing contained in this Order shall be deemed a novation, release or compromise of any claim of RWI against any guarantor under the License Agreement.

6.     Nothing herein shall serve to quantify or extinguish RWI's monetary claims against the Debtor, any guarantors or other individuals/entities. RWI's rights to prosecute an additional administrative claim, a rejection/termination claim, a secured claim and/or an unsecured claim against the Debtor and/or guarantors under the License Agreement, at law or otherwise are

---

[1] Capitalized Terms which are not defined herein shall have the meaning defined in the Motion.

*Approved by Judge Novalyn L. Winfield August 10, 2009*

Page 3
Debtors:      Mantiff Cheyenne Hospitality, LLC
Case No.:     09-12621(NLW)
Caption:      **Order Granting Motion to Allow Administrative Expense Claim and Compel Payment**

expressly preserved.

7.      Nothing contained in this Order shall be deemed or construed to: (a) limit or waive

or release any and all of RWI's claims in its stay relief motion; (b) limit RWI to the relief granted

hereby; or (c) limit or bar RWI from seeking other and further relief for cause on appropriate

notice to the Debtor and other parties-in-interest entitled to notice of same.

8.      Nothing in this Order shall constitute a waiver of any event of default which has

occurred under the License Agreement, or other agreements between the Debtor and RWI to date

or which may occur in the future.

M:\WYNDHAM\MANTIFF-CHEYENNE\PLEADINGS\ADM CLAIM\ORDER.ADM.CLAIM.DOC

*Approved by Judge Novalyn L. Winfield August  10, 2009*