**TRENK, DiPASQUALE, WEBSTER,
DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Joseph J. DiPasquale (JD3330)
Thomas M. Walsh (TW0645)
Michele M. Dudas (MD5029)
*Counsel to Mantiff Cheyenne Hospitality, LLC,
Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>MANTIFF CHEYENNE HOSPITALITY, LLC,<br><br>Debtor. | Case No. 09-12621 (NLW)<br><br>Chapter 11<br><br>Honorable Novalyn L. Winfield |

**MONTHLY INVOICE OF TRENK, DiPASQUALE, WEBSTER, DELLA FERA & SODONO, P.C., COUNSEL FOR DEBTOR, FOR THE PERIOD AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

# *Trenk, DiPasquale, Webster, Della Fera & Sodono*

347 Mt. Pleasant Avenue
Suite 300
West Orange, New Jersey 07052-2730

Ph:973-243-8600             Fax:973-243-8677

Mantiff Cheyenne Hospitality, LLC                                          October 2, 2009
c/o Mantiff Mgt., Inc.
P.O. Box 223
Wayne, NJ 07474

|  |  | File #: | 3216-001 |
|---|---|---|---|
| Attention: | Mr. Falgun Dharia, Managing M | Inv #: | 28910 |

RE:    Represent Mantiff Cheyenne Hospitality, LLC - workout of financial issues/potential Chapter 11 - Monthly Fee Stmt

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Aug-03-09 | Court appearance - obtain adjournments of motions for stay relief filed by Ramada and Fidelity Bank and hearing to consider Debtor's disclosure statement | 0.60 | 135.00 | MMD |
|  | Correspondence drafted to counsel to Ramada and Fidelity Bank re adjournment of motions for stay relief | 0.10 | 22.50 | MMD |
|  | Correspondence drafted serving order approving sale; copy and serve | 0.40 | 90.00 | MMD |
|  | Travel time to/from US Bankruptcy Court, Newark, NJ | 0.90 | 202.50 | MMD |
|  | Correspondence drafted - E-mail correspondence with J. Alessi regarding sale. | 0.20 | 65.00 | TMW |
|  | Telephone call - Telephone calls to/from J. Alessi regarding sale. | 0.30 | 97.50 | TMW |
| Aug-04-09 | Review of file - Review sale order. | 0.30 | 97.50 | TMW |
|  | Telephone call - Telephone calls to/from J. Alessi regarding sale. | 0.30 | 97.50 | TMW |
| Aug-06-09 | Review of file re motions concerning Ramada Worldwide have been resolved based upon buyer's assumption of franchise agreement | 0.30 | 67.50 | MMD |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Telephone call with J. Alessi and Thomas M. Walsh re whether buyer is assuming franchise agreement; draft correspondence to F. Dharia | 0.10 | 22.50 | MMD |
| Aug-07-09 | Correspondence drafted to Debtor re Ramada sale issues | 0.10 | 22.50 | MMD |
| | Correspondence drafted various to/from counsel to Ramada worldwide based on buyer's assumption of franchise agreement and request to adjourn stay relief motion | 0.10 | 22.50 | MMD |
| | Telephone calls with Thomas M. Walsh and F. Dharia re whether buyer is assuming Ramada franchise agreement; review file | 0.30 | 67.50 | MMD |
| | Telephone call - Telephone calls to/from F. Dharia regarding assumption of franchise. | 0.20 | 65.00 | TMW |
| | Telephone call - Telephone calls to/from J. Alessi regarding assumption of franchise. | 0.20 | 65.00 | TMW |
| | Telephone call - Telephone call to D. Eliades regarding assumption of franchise. | 0.20 | 65.00 | TMW |
| Aug-10-09 | Court appearance - attend hearings on Ramada's motion for stay relief and for administrative claim | 0.60 | 135.00 | MMD |
| | Correspondence drafted correspondence to/from Debtor re Ramada paymens | 0.30 | 67.50 | MMD |
| | Travel time to/from US Bankruptcy Court, Newark, NJ | 0.90 | 202.50 | MMD |
| | Correspondence drafted - E-mail correspondence with D. Eliades regarding resolution of cure amount. | 0.30 | 97.50 | TMW |
| | Telephone call - Telephone calls to/from D. Eliades regarding motion for relief from automatic stay. | 0.40 | 130.00 | TMW |
| | Telephone call - Telephone calls to/from M. Dudas regarding resolution of cure amount. | 0.30 | 97.50 | TMW |
| Aug-11-09 | Correspondence reviewed - Order allowing Ramada's administrative claim. | 0.20 | 90.00 | JJD |
| | Correspondence reviewed from City of | 0.30 | 67.50 | MMD |

|  |  | | | |
|---|---|---|---|---|
| | Cheyenne re fire sprinkler issues; forward to Debtor | | | |
| | Telephone call - Telephone calls to/from M. Maltzberg regarding fire code violations. | 0.30 | 97.50 | TMW |
| | Telephone call - Telephone calls to/from F. Dharia regarding cure of Ramada fees. | 0.30 | 97.50 | TMW |
| | Telephone call - Telephone calls to/from M. Boraca regarding sale. | 0.20 | 65.00 | TMW |
| Aug-12-09 | Correspondence reviewed from accountants re payment to Ramada; respond | 0.20 | 45.00 | MMD |
| | Correspondence drafted - E-mail correspondence to F. Dharia regarding fire inspection. | 0.30 | 97.50 | TMW |
| | Correspondence drafted - E-mail correspondence with F. Dharia regarding cure owed to Ramada. | 0.30 | 97.50 | TMW |
| | Telephone call - Telephone calls to/from J. Alessi regarding closing issues and financing. | 0.40 | 130.00 | TMW |
| | Telephone call - Telephone call to F. Dharia regarding fire inspection. | 0.30 | 97.50 | TMW |
| Aug-13-09 | Correspondence drafted to P. Upton, Great America Leasing, re copier leases, bankruptcy, and sale information | 0.20 | 45.00 | MMD |
| | Telephone call with Lonnie of Great American Leasing re bankruptcy information and sale information | 0.20 | 45.00 | MMD |
| Aug-14-09 | Review of file - Review and analyze liquor license application. | 0.30 | 97.50 | TMW |
| | Telephone call - Conference call with J. Alessi, R. Esquer, F. Dharia regarding financing and closing issues. | 0.50 | 162.50 | TMW |
| Aug-18-09 | Internal office meetings with F. Dharia, Thomas M. Walsh and Michele M. Dudas re: cure amount for Ramada, closing issues and financing. | 0.50 | 225.00 | JJD |
| | Internal office meetings with Joseph J. | 0.50 | 112.50 | MMD |

| | | | | |
|---|---|---:|---:|---|
| | DiPasquale, Thomas M. Walsh, and F. Dharia re status of matter and sale issues | | | |
| | Internal office meetings with F. Dharia, Joseph J. DiPasquale and Michele M. Dudas re: cure amount for Ramada, closing issues and financing. | 0.50 | 162.50 | TMW |
| | Internal office meetings with - Meeting with F. Dharia, J. DiPasquale and M. Dudas regarding closing issues and cure amount for Ramada financing. | 0.20 | 65.00 | TMW |
| | Preparation of pleadings - electronically filed Certification of No Objection to Trenk, DiPasquale, Webster, Della Fera & Sodono's June Monthly Fee Statement | 0.20 | 33.00 | PLGL |
| Aug-19-09 | Review of file - review issues in connection with adjournment of Ramada's stay relief motion | 0.40 | 90.00 | MMD |
| | Review of file - Review and analyze court docket. | 0.20 | 65.00 | TMW |
| | Telephone call - Telephone call to F. Dharia regarding open issues. | 0.40 | 130.00 | TMW |
| | Telephone call - Telephone call to J. Alessi regarding assumption of license agreement and financing. | 0.40 | 130.00 | TMW |
| | Compile/prepare documents for review. | 0.10 | 16.50 | PLG6 |
| Aug-20-09 | Preparation of pleadings - review and revise pre-bill for monthly fee statement (July). | 0.20 | 90.00 | JJD |
| | Correspondence drafted to Ramada's counsel re payments made in connection with Ramada's stay relief motion | 0.20 | 45.00 | MMD |
| | Correspondence reviewed - Review and analyze asset purchase agreement. | 0.50 | 162.50 | TMW |
| | Correspondence reviewed - Review correspondence regarding purchaser's option to extend closing. | 0.30 | 97.50 | TMW |
| | Telephone call - Telephone calls to/from J. Alessi regarding nonrefundable deposit. | 0.30 | 97.50 | TMW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Telephone call - Conference call with F. Dharia and J. Alessi regarding assumption of Ramada agreement. | 0.70 | 227.50 | TMW |
| Aug-21-09 | Correspondence drafted - to counsel to Ramada re: adjournment of Motion for relief from stay. | 0.10 | 22.50 | MMD |
| | Correspondence drafted - E-mail correspondence with D. Eliades regarding Ramada's stay relief motion. | 0.20 | 65.00 | TMW |
| Aug-24-09 | Correspondence drafted - E-mail correspondence with D. Eliades regarding cure amount. | 0.20 | 65.00 | TMW |
| | Correspondence drafted - E-mail correspondence to J. Alessi regarding second deposit. | 0.20 | 65.00 | TMW |
| | Review of file - Review Ramada's proof of claim. | 0.30 | 97.50 | TMW |
| | Review of file - Review and analyze asset purchase agreement. | 0.40 | 130.00 | TMW |
| | Preparation of pleadings - filed Monthly Operating Report for July, 2009. | 0.20 | 33.00 | PLGL |
| Aug-25-09 | Correspondence reviewed - Order granting wages to David Judy, former employee. | 0.10 | 22.50 | MMD |
| | Telephone call - with David Judy, former employee, re: alleged post-petition wages owed. | 0.20 | 45.00 | MMD |
| | Review of file - Review and analyze asset purchase agreement and sale order. | 0.40 | 130.00 | TMW |
| | Telephone call - Telephone call from J. Alessi regarding closing and financing. | 0.30 | 97.50 | TMW |
| | Compile/prepare documents for review. | 4.00 | 660.00 | PLG6 |
| Aug-26-09 | Telephone call - with F. Dharia and Michele M. Dudas re: G. Quarkos. | 0.20 | 90.00 | JJD |
| | Telephone call - with F. Dharia and Michele M. Dudas re: George Qafko claims. | 0.20 | 90.00 | JJD |
| | Correspondence reviewed - information | 0.50 | 112.50 | MMD |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | produced by G. Qafko in support of claim; review information provided by Debtor. | | | |
| | Telephone call - with F. Dharia, and Joseph J. DiPasquale re: G. Quarkos. | 0.20 | 45.00 | MMD |
| | Telephone call - with George Qafka, re: amounts allegedly owing for post-petition construction costs. | 0.30 | 67.50 | MMD |
| | Telephone call - with F. Dharai, re: George Qafko allegations. | 0.10 | 22.50 | MMD |
| | Telephone call - with F. Dharia and Joseph J. DiPasquale re: George Qafko claims. | 0.20 | 45.00 | MMD |
| | Preparation of pleadings - Review and revise consent order resolving Ramada's objection. | 0.60 | 195.00 | TMW |
| | Telephone call - Telephone calls to/from J. Alessi regarding open issues and Ramada consent order. | 0.40 | 130.00 | TMW |
| Aug-27-09 | Internal office meetings within firm - with Thomas M. Walsh re: closing issues and Ramada license agreement. | 0.30 | 135.00 | JJD |
| | Review of file regarding Ramada claims; review amounts provided by Ramada and proposed Order resolving Motion to relief from stay. | 0.40 | 90.00 | MMD |
| | Internal office meetings within firm - with Joseph J. DiPasquale re: closing issue and Ramada license agreement. | 0.30 | 97.50 | TMW |
| | Internal office meetings within firm - Confer with J. DiPasquale regarding closing issues and Ramada consent order. | 0.30 | 97.50 | TMW |
| | Review of file - Review and analyze bidding procedures order. | 0.20 | 65.00 | TMW |
| Aug-28-09 | Internal office meetings within firm - with Michele M. Dudas re: adjournment of Ramada's Motion for Relief from Stay. | 0.10 | 20.00 | JFM |
| | Internal office meetings within firm - with Thomas M. Walsh re: adjournment of Ramada's Motion for Relief from Stay. | 0.20 | 40.00 | JFM |

| | Description | Hours | Amount | Staff |
|---|---|---|---|---|
| | Internal office meetings within firm - with Joao F. Magalhaes re: adjournment of Ramada's Motion for Relief from Stay. | 0.10 | 22.50 | MMD |
| | Review of file regarding Ramada franchise and related sale issues. | 0.40 | 90.00 | MMD |
| | Correspondence drafted - E-mail correspondence with F. Dharia regarding Ramada's proof of claim. | 0.20 | 65.00 | TMW |
| | Correspondence drafted - E-mail correspondence with N. Hall regarding outstanding financial reports. | 0.30 | 97.50 | TMW |
| | Internal office meetings within firm - with Joao F. Magalhaes re: adjournment of Ramada's Motion for Relief from Stay. | 0.20 | 65.00 | TMW |
| | Internal office meetings with - Meeting with D. Eliades regarding consent order assuming Ramada agreement. | 0.30 | 97.50 | TMW |
| | Review of file - Review and analyze consent order assuming Ramada agreement. | 0.50 | 162.50 | TMW |
| | Review of file - Review and analyze Ramada's proof of claim. | 0.40 | 130.00 | TMW |
| | Review of file - Review and analyze bidding procedures order. | 0.20 | 65.00 | TMW |
| | Telephone call - Telephone calls to/from J. Alessi regarding consent order assuming Ramada agreement. | 0.40 | 130.00 | TMW |
| Aug-30-09 | Review of file - Ramada's Motion for relief from stay; review of Order approving sale of Debtor's business and business assets; review of docket (in preparation for adjournment request). | 0.50 | 100.00 | JFM |
| Aug-31-09 | Court appearance - requesting adjournment of Ramada's Motion for relief from stay. | 0.20 | 40.00 | JFM |
| | Correspondence drafted - to Thomas M. Walsh and Michele M. Dudas re: adjournment of Ramada's Motion for relief from stay. | 0.10 | 20.00 | JFM |
| | Travel time - to and from Bankruptcy Court. | 0.40 | 80.00 | JFM |

| Description | Hours | Amount | Atty |
|---|---|---|---|
| Correspondence drafted - E-mail correspondence with D. Eliades regarding financial reports. | 0.20 | 65.00 | TMW |
| Correspondence drafted - E-mail to N. Hall regarding reconciliation of Ramada financial reports. | 0.30 | 97.50 | TMW |
| Correspondence drafted - E-mail correspondence from M. Darrington regarding deposit. | 0.20 | 65.00 | TMW |
| Correspondence drafted - E-mail correspondence with B. Moore regarding sale and deposit. | 0.20 | 65.00 | TMW |
| Preparation of pleadings - Revise consent order resolving Ramada cure amount and objection. | 0.40 | 130.00 | TMW |
| Review of file - Review and analyze asset purchase agreement and consent order resolving Ramada obligations. | 0.60 | 195.00 | TMW |
| Telephone call - Telephone call to J. Alessi regarding Ramada application and cure amounts. | 0.30 | 97.50 | TMW |
| Telephone call - Conference call with F. Dharia, R. Esquer and J. Alessi regarding sale issues. | 0.40 | 130.00 | TMW |
| Totals | 34.90 | $9,705.00 | |

| **DISBURSEMENTS** | | **Disbursements** | **Receipts** |
|---|---|---|---|
| Aug-03-09 | postage expense - 8/3/09 | 55.60 | |
| Aug-04-09 | Photocopy Charges | 1.20 | |
| Aug-18-09 | Photocopy Charges | 0.20 | |
| | Photocopy Charges | 22.80 | |
| Aug-24-09 | Photocopy Charges | 44.40 | |
| | Photocopy Charges | 1.00 | |
| Aug-25-09 | Photocopy Charges | 22.20 | |
| | Photocopy Charges | 0.60 | |
| Aug-26-09 | Photocopy Charges | 45.20 | |

|            | Photocopy Charges | 0.40 |  |
|------------|-------------------|------|--|
| Aug-27-09  | Photocopy Charges | 16.20 |  |
| Aug-28-09  | Photocopy Charges | 0.60 |  |
| Aug-31-09  | Photocopy Charges | 0.20 |  |
|            | MMD - mileage, parking to/from Bank Court in Newark to attend hearings- 8/10 | 14.80 |  |
|            | MMD - mileage, parking to/from Bank Court in Newark - 8/3 | 14.80 |  |
|            | Totals | $240.20 | $0.00 |

**Total Fees & Disbursements**                                           **$9,945.20**