

## TRENK · DiPASQUALE
### WEBSTER · DELLA FERA · SODONO

ATTORNEYS AT LAW

WEST ORANGE – RED BANK
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE, NEW JERSEY 07052

P (973) 243-8600
F (973) 243-8677

www.trenklawfirm.com

October 14, 2009

Client No. 3216-001

**VIA ECF**
Honorable Novalyn L. Winfield
United States Bankruptcy Judge
United States Bankruptcy Court
M.L. King Federal Building & Courthouse
50 Walnut Street, Third Floor
Newark, NJ 07102

    Re:    **Mantiff Cheyenne Hospitality, LLC**
            **Chapter 11 - Case No. 09-12621 (NLW)**

Dear Judge Winfield:

    This firm represents Mantiff Cheyenne Hospitality, LLC, Chapter 11 debtor and debtor-in-possession ("Debtor"). This will confirm that the hearing on the Debtor's Disclosure Statement (Docket No. 40), has been adjourned from October 20, 2009 until **November 10, 2009 at 10:00 a.m.** By copy of this letter, I am notifying all interested parties on the attached service list.

    Thank you for Your Honor's courtesies.

                         Respectfully submitted,

                         **/s/ Joseph J. DiPasquale**

                         Joseph J. DiPasquale

F:\WPDOCS\A-M\Mantiff Cheyenne\Letters\JudgeWinfield2.doc

RICHARD D. TRENK ■ JOSEPH J. DIPASQUALE ■ ELNARDO J. WEBSTER, II ■ SAM DELLA FERA, JR. ■ ANTHONY SODONO, III
HENRY M. KARWOWSKI ■ JOSHUA H. RAYMOND ■ THOMAS M. WALSH ■ JOSEPH MADDALONI, JR. ■ JOHN M. MCDONNELL
GINA R. OROSZ ■ SHOSHANA SCHIFF ■ JOHN F. NEWMAN ■ JONI NOBLE MCDONNELL ■ JENNIFER M. CARRILLO-PEREZ
MICHELE M. DUDAS ■ JODI M. LUCIANI ■ MARK Y. MOON ■ KELLEY J. LAKE ■ SCOTT J. KOPLIK
ADAM D. WOLPER ■ JOAO F. MAGALHAES ■ MARKIS M. ABRAHAM ■ E. PRICILLA MORI

## SERVICE LIST

### VIA ECF

Peter J. D'Auria, Esq.
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Warren J. Martin, Jr., Esq.
Brett S. Moore, Esq.
Porzio Bromberg & Newman, PC
100 Southgate Parkway
PO Box 1997
Morristown, NJ 07962
*Counsel to Fidelity Bank of Florida, N.A.,*
  *Secured Creditor*

### VIA FIRST-CLASS MAIL

Mantiff Cheyenne Hospitality
  Management, LLC
Attn. Mantiff Management, Inc.
387 Passaic Avenue
Fairfield, NJ 07004
*Unsecured Creditor*

Swede's Roofing, Inc.
1130 Dunn Avenue
Cheyenne, WY 82001-4869
*Unsecured Creditor*

Clean Start, LLC
Attn. Gay Woodhouse Law Office, P.C.
PO Box 1888
211 W. 19th Street, 3rd Floor
Cheyenne, WY 82003
*Unsecured Creditor*

Ramada Worldwide, Inc.
1 Sylvan Way
PO Box 278
Parsippany, NJ 07054-0278
*Unsecured Creditor*

Sysco Food Services of Denver
PO Box 5566
Denver, CO 80238
*Unsecured Creditor*

Cheyenne Light, Fuel & Power
PO Box 6100
Rapid City, SD 57709-6100
*Unsecured Creditor*

Premium Payment Plan
1 Hudson City Center
Hudson, NY 12534-2340
*Unsecured Creditor*

Next Media Outdoor, Inc.
2649 E. Mulberry
Unit 20
Fort Collins, CO 80524
*Unsecured Creditor*

WINhealth Partners
1200 East 20th Street
Suite A
Cheyenne, WY 82001
*Unsecured Creditor*

DEX Media, Inc.
Attn. Joseph, Mann & Creed
20600 Chagrin Boulevard
Suite 550
Shaker Heights, OH 44122-5340
*Unsecured Creditor*

Mantiff Management, Inc.
387 Passaic Avenue
Fairfield, NJ 07004
*Unsecured Creditor*

Bresnan Communications
611 East Carlson Street
Suite 103
Cheyenne, WY 82009-4335
*Unsecured Creditor*

BES Industries, Inc.
11512 Lake Mead Avenue
Suite 406
Jacksonville, FL 32256
*Unsecured Creditor*

Alsco-Laramie
314 South Fourth Street
Laramie, WY 82070
*Unsecured Creditor*

Dan D Rental
717 Storey Boulevard
Cheyenne, WY 82009
*Unsecured Creditor*

Senger Design Group
523 South Cascade Avenue
Suite B
Colorado Springs, CO 80903
*Unsecured Creditor*

Guest Supply
PO Box 824700
Philadelphia, PA 19182-4700
*Unsecured Creditor*

DePalma Hotel Corporation
700 Highlander Boulevard
Suite 400
Arlington, TX 76015
*Unsecured Creditor*

Taco Johns Events Centre
1530 W. Lincolnway
Cheyenne, WY 82001
*Unsecured Creditor*

Steven W. Kelly, Esq.
Silver & DeBoskey, P.C.
1801 York Street
Denver, CO 80206
*Agent for SYSCO Food Services
of Denver, Inc.*

Daniel M. Eliades, Esq.
Forman Holt Eliades & Ravin, LLC
80 Route 4 East, Suite 290
Paramus, NJ 07562
*Counsel for Ramada Worldwide, Inc.*

Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549