**TRENK, DiPASQUALE, WEBSTER,
 DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Joseph J. DiPasquale (JD3330)
Thomas M. Walsh (TW0645)
Michele M. Dudas (MD5029)
*Counsel to Mantiff Cheyenne Hospitality, LLC,
 Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Case No. 09-12621 (NLW) |
| MANTIFF CHEYENNE HOSPITALITY, LLC, | Chapter 11 |
| Debtor. | Honorable Novalyn L. Winfield |

**CERTIFICATE OF CONSENT RESPECTING CONSENT ORDER
ASSIGNING THE ASSET PURCHASE AGREEMENT AND EXTENDING
DEADLINE TO CLOSE ON SALE OF DEBTOR'S BUSINESS AND BUSINESS ASSETS**

**THOMAS M. WALSH** hereby certifies that with respect to the copy of the captioned Consent Order submitted to the Court the following conditions have been met:

(a) The terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order;

(b) The signatures represented by the "/s/ Thomas M. Walsh," "/s/ Joseph H. Alessi," "/s/ Brett S. Moore," and "/s/ Atul Desai" on the copy of the Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original Consent Order;

(c) I will retain the original Consent Order for a period of seven (7) years from the date of closing of the case;

(d) I will make the original Consent Order available for inspection upon request of the Court or any party in interest; and

    (e) I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011.

                                                 /s/ Thomas M. Walsh
                                                  THOMAS M. WALSH

Dated: November 13, 2009

F:\WPDOCS\A-M\Mantiff Cheyenne\Proposed Consent Order (cert con).doc