**TRENK · DiPASQUALE**
WEBSTER · DELLA FERA · SODONO

ATTORNEYS AT LAW

WEST ORANGE – RED BANK
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE, NEW JERSEY 07052

P (973) 243-8600
F (973) 243-8677
www.trenklawfirm.com

3216-001

November 25, 2009

**VIA ECF**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge
United States Bankruptcy Court
M.L. King Federal Building & Courthouse
50 Walnut Street, 3rd Fl.
Newark, NJ 07102

    Re:    **Mantiff Cheyenne Hospitality, LLC**
             **Chapter 11**
             **Case No. 09-12621 (NLW)**

Dear Judge Winfield:

       This firm represents Mantiff Cheyenne Hospitality, LLC, Debtor in the captioned matter. This will confirm that the hearing on the Euro Carpet's Motion to Compel Payment of Administrative Claim (Docket No. 142), has been adjourned from December 7, 2009, until **December 21, 2009, at 10:00 a.m.** By copy of this letter, I am notifying all interested parties on the attached service list.

       As always, the Court's courtesies are much appreciated.

                                       Respectfully submitted,

                                       */s/ Michele M. Dudas*

                                       Michele M. Dudas

MMD:dp

cc:    Robert N. Braverman, Esq. (via ECF)
        Office of the United States Trustee (via ECF)

F:\WPDOCS\A-M\Mantiff Cheyenne\Letters\JudgeWinfield3 - adj Euro Carpet motion to 12-21-09.doc

RICHARD D. TRENK ■ JOSEPH J. DiPASQUALE ■ ELNARDO J. WEBSTER, II ■ SAM DELLA FERA, JR. ■ ANTHONY SODONO, III
HENRY M. KARWOWSKI ■ JOSHUA H. RAYMOND ■ THOMAS M. WALSH ■ JOSEPH MADDALONI, JR. ■ JOHN M. McDONNELL
GINA R. OROSZ ■ SHOSHANA SCHIFF ■ JOHN F. NEWMAN ■ JONI NOBLE McDONNELL ■ JENNIFER M. CARRILLO-PEREZ
MICHELE M. DUDAS ■ JODI M. LUCIANI ■ MARK Y. MOON ■ KELLEY J. LAKE ■ SCOTT J. KOPLIK
ADAM D. WOLPER ■ JOAO F. MAGALHAES ■ MARKIS M. ABRAHAM ■ E. PRICILLA MORI